1  Aram Ordubegian (SBN 185142)
   M. Douglas Flahaut (SBN 245558)
2  Christopher K.S. Wong (SBN 308048)
   **ARENT FOX LLP**
3  555 West Fifth Street, 48th Floor
   Los Angeles, CA  90013-1065
4  Telephone:    213.629.7400
   Facsimile:    213.629.7401
5  Emails:    aram.ordubegian@arentfox.com
              douglas.flahaut@arentfox.com
6             christopher.wong@arentfox.com

7  *Proposed* General Bankruptcy and Restructuring
   Counsel for Debtor and Debtor-In-Possession
8
                **UNITED STATES BANKRUPTCY COURT**
9
                **CENTRAL DISTRICT OF CALIFORNIA**
10
                     **LOS ANGELES DIVISION**
11

12  In re

13  **G-STAR RAW RETAIL INC.**, a Delaware
    corporation,

14          Debtor and Debtor-in-Possession.
15
    -------------------------------------------------------
16
    In re
17
    **G-STAR INC.**, a Delaware corporation,
18
            Debtor and Debtor-in-Possession.
19
    _____
20
21  [ ] Affects both Debtors.
    [x] Affects G-Star Raw Retail Inc. only
22  [ ] Affects G-Star Inc. only.

23          Debtors and Debtors-in-Possession.
24

Case No. 2:20-bk-16040-WB

Chapter 11

Jointly Administered with
Case No.: 2:20-bk-16041-WB

**GLOBAL NOTES AND STATEMENT OF
LIMITATIONS, METHODOLOGY, AND
DISCLAIMERS REGARDING
SCHEDULES**

25  **GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND
    DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND
26  LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

27          G-Star Raw Retail Inc., as one of the above-captioned debtors and debtors-in-possession

28  (the "Debtor" and collectively with G-Star Inc., the "Debtors"), is filing its Schedules of Assets and

Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFA") in the above-captioned case.

These Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtor's Schedules and SOFA pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtor's Schedules and SOFA. They should be referred to, considered, and reviewed in connection with any review of the Schedules and/or SOFA.

The Schedules and SOFA do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtor. Additionally, the Schedules and SOFA contain unaudited information that is subject to further review, potential adjustment, and reflect the Debtor's best commercially reasonable efforts to report the assets and liabilities of the Debtor.

The Debtor and its agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtor and its agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized. In no event shall the Debtor or its agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against any Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or its agents, attorneys, and financial advisors are advised of the possibility of such damages.

The Debtors' Chief Executive Officer Nicole Clayton has signed each of the Schedules and

- 2 -

the SOFA as the authorized signatory for the Debtors. In reviewing and signing the Schedules and SOFA, Ms. Clayton has relied upon the efforts, statements, and representations of various personnel employed by the Debtor and its advisors. Ms. Clayton has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and SOFA, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## **Global Notes and Overview of Methodology**

1.    **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and SOFA; however, inadvertent errors or omissions may exist. The Debtor reserves all rights to (i) amend or supplement the Schedules and/or SOFA from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and SOFA with respect to claim description or designation; (ii) dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules or SOFA as to amount, liability, priority, status or classification; (iii) subsequently designate any claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any claim. Any failure to designate a claim in the Schedules or SOFA as "disputed," "contingent," or "unliquidated" does not constitute an admission by Debtor that such claim or amount is not "disputed," "contingent," or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed. Furthermore, nothing contained in the Schedules or SOFA shall constitute a waiver of rights with respect to each Debtor's Chapter 11 case, including, without limitation, issues involving claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in these Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtor shall not be required to update the Schedules and SOFA except as may be required by applicable law.

AFDOCS/21503708.1

2. **Description of the Case and "As Of" Information Date.** On July 3, 2020 (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code and has elected to proceed under Subchapter V as "small business debtor." The Debtor is operating its business as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The asset information provided herein represents the best available asset data as of the close of business on June 30, 2020. The liability information represents the best available liability data of the Debtor as of the close of business on June 30, 2020.

3. **Net Book Value of Assets.** Unless otherwise indicated, the asset data contained in the Schedules and SOFA reflect the best available net book value as of June 30, 2020. Book values of assets generally do not reflect the current performance of the assets and may differ materially from the actual fair market value of the underlying assets.

4. **Recharacterization.** Notwithstanding the Debtor's commercially reasonable efforts to properly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFA, the Debtor may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items. Accordingly, the Debtor reserves all of its rights to re-characterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules or SOFA at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired post-petition. Disclosure of information in one or more Schedules, one or more SOFA question, or one or more exhibits or attachments to the Schedules or SOFA, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, SOFA exhibits, or attachments.

5. **Liabilities.** The Debtor has sought to allocate liabilities between the pre-petition and post-petition periods and between Debtor and non-Debtor entities, as well as between the Debtors, based on the information and research conducted in connection with the preparation of the Schedules and SOFA. As additional information becomes available and

- 4 -

Case 2:20-bk-16040-WB    Doc 59    Filed 07/31/20    Entered 07/31/20 20:34:23    Desc
Main Document    Page 5 of 79

further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change. Accordingly, the Debtor reserves all of its rights to amend, supplement, or otherwise modify its Schedules and SOFA as is necessary or appropriate. Furthermore, the liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtor reserves all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

6.  **Excluded Assets and Liabilities.** The Debtor has excluded certain categories of assets, tax accruals, and liabilities from the Schedules and SOFA, including, without limitation, goodwill, accrued salaries, employee benefit accruals, and accrued accounts payable. The Debtor has also excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage claims exist. In addition, certain immaterial assets and liabilities may have been excluded.

7.  **Insiders.** For purposes of the Schedules and SOFA, the Debtor defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtor; (d) relatives of the Debtor's directors, officers or persons in control of the Debtor; and (e) debtor/non-debtor affiliates of the foregoing. Persons listed as "insiders" have been included for informational purposes only and the inclusion of them in the Schedules and SOFA, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code. Moreover, the Debtor does not take any position with respect to: (a) any insider's influence over the control of the Debtor; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtor or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

8.  **Intellectual Property Rights.** Exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated,

AFDOCS/21503708.1

1  assigned, expired, or otherwise transferred pursuant to a sale, acquisition, or other

2  transaction.

3  **9.    Classifications**. Listing (a) a claim on Schedule D as "secured," (b) a claim on Schedule

4  E/F as "priority," (c) a claim on Schedule E/F as "unsecured," or (d) a contract on Schedule

5  G as "executory" or "unexpired," does not constitute an admission by any Debtor of the

6  legal rights of the claimant or a waiver of any Debtor's rights to re-characterize or reclassify

7  such claims or contracts or to setoff of such claims.

8  **10.    Claims Description.** Schedules D and E/F permit the Debtor to designate a claim as

9  "disputed," "contingent," and/or "unliquidated." Any failure to designate a claim on the

10  Schedules and SOFA as "disputed," "contingent," or "unliquidated" does not constitute an

11  admission by any Debtor that such amount is not "disputed," "contingent," or

12  "unliquidated," or that such claim is not subject to objection. The Debtor reserves all rights

13  to dispute, or assert offsets or defenses to, any claim reflected on its Statement and

14  Schedules on any grounds, including liability or classification. Additionally, the Debtor

15  expressly reserves all of its rights to subsequently designate such claims as "disputed,"

16  "contingent" or "unliquidated." Moreover, listing a claim does not constitute an admission

17  of liability by the Debtor.

18  **11.    Causes of Action.** Despite making commercially reasonable efforts to identify all known

19  assets, the Debtor may not have listed all of its causes of action or potential causes of action

20  against third-parties as assets in the Schedules and SOFA, including, without limitation,

21  causes of actions arising under the provisions of Chapter 5 of the Bankruptcy Code and any

22  other relevant non-bankruptcy laws to recover assets or avoid transfers.   The Debtor

23  reserves all rights with respect to any cause of action (including avoidance actions),

24  controversy, right of setoff, cross-claim, counterclaim, or recoupment and any claim on

25  contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien,

26  indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power,

27  privilege, license, and franchise of any kind or character whatsoever, known, unknown,

28  fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or

- 6 -

unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") it may have, and neither these Global Notes nor the Schedules and SOFA shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

12. **Summary of Significant Reporting Policies.** The following is a summary of significant reporting policies

- Underdetermined Amounts. The description of an amount as "unknown" is not intended to reflect upon the materiality of such amount.

- Totals. All totals that are included in the Schedules and SOFA represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total maybe different than the listed total.

13. **Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

14. **Setoffs.** The Debtor periodically incurs certain setoffs in the ordinary course of business. Setoffs in the ordinary course can result from various items including, but not limited to, intercompany transactions, pricing discrepancies, returns, refunds, negotiations and/or disputes between the Debtor and its customers and/or suppliers. These normal setoffs are consistent with the ordinary course of business in the Debtor's industry and can be particularly voluminous, making it unduly burdensome and costly for the Debtor to list such ordinary course setoffs. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtor's Schedules and SOFA.

15. **Global Notes Control.** In the event that the Schedules or SOFA differ from any of the foregoing Global Notes, these Global Notes shall control.

**Specific Notes with Respect to the Debtor's Schedules of Assets and Liabilities**

The Schedules neither purport to represent financial statements prepared in accordance with

1  GAAP, nor are they intended to be fully reconciled with the financial statements of the Debtor.

2  Additionally, the Schedules contain unaudited information that is subject to further review and

3  potential adjustment, and reflect the Debtor's reasonable best efforts to report the assets and

4  liabilities of the Debtor.  Moreover, given, among other things, questions about the characterization

5  of certain assets and the valuation and nature of certain liabilities, to the extent that the Debtor

6  shows more assets than liabilities, this is not an admission that such Debtor was solvent as of the

7  Petition Date or at any time before the Petition Date. Likewise, to the extent the Debtor shows more

8  liabilities than assets, this is not an admission that the Debtor was insolvent as of the Petition Date

9  or at any time before the Petition Date.

10  **16.    Schedule A/B, Part 11, Question 74 – Causes of action against third parties**

11  The Debtor did not list any pending causes of action against third parties on the schedules.

12  The Debtor may have causes of action, and is not waiving any rights to pursue such causes

13  of action in the future.

14  **17.    Statement of Financial Affairs, Question 4 - Payments or Other Transfers of Property**

15  **Made Within 1 Year Before Filing this Case that Benefited Any Insider**

16  Transfers to G-Star Raw C.V. as described therein were made in accordance with the

17  Debtor's prepetition cash management system as described in the *Emergency Motion For*

18  *Order Authorizing Maintenance Of Existing Bank Accounts* [Dkt. No. 8].

19

20  **END OF GLOBAL NOTES**

21

22

23

24

25

26

27

28

- 8 -

**Fill in this information to identify the case and this filing:**

Debtor Name  G-Star Raw Retail, Inc.

United States Bankruptcy Court for the: CENTRAL    District of    CA
                                                              State)

Case number *(if known)*: 2:20-bk-16040-WB

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule _____*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____        ✗    [To be Filed Separately] _____
                MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                            Nicole Clayton _____
                                            Printed name

                                            CEO and General Manager _____
                                            Position or relationship to debtor


American LegalNet, Inc.
www.FormsWorkFlow.com

**Fill in this information to identify the case:**

Debtor name    **G-Star Raw Retail, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:20-bk-16040-WB**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................    $         **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................    $         **4,387,079.40**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................    $         **4,387,079.40**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $         **0.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................    $         **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................    +$         **15,068,972.89**

4.    Total liabilities ..........................................................................................
    Lines 2 + 3a + 3b    $         **15,068,972.89**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **G-Star Raw Retail, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **2:20-bk-16040-WB**

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | $10,867.44 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking** | 4015 | $42,683.18 |
| 3.2. | **Deutsche Bank USA** | **Checking** | 8362 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | **Cash in transit between store and bank** | $141,373.93 |
|---|---|---|

5. **Total of Part 1.** | $194,924.55 |
|---|---|

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **G-Star Raw Retail, Inc.** | Case number *(If known)*  **2:20-bk-16040-WB** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 7.1. | **Property Lease Deposit Las Vegas North Premium Outlets** | $9,431.24 |
| 7.2. | **Property Lease Deposit Rodeo Collection Ltd** | $65,343.15 |
| 7.3. | **Property Lease Deposit Simon Property Group-CPG Partners** | $45,823.76 |
| 7.4. | **Utility Deposit Con Edison/Deposit** | $533.66 |
| 7.5. | **Utility Deposit Coned/2020 Deposit** | $3,027.47 |
| 7.6. | **Utility Deposit Edison/Deposit** | $3,968.78 |
| 7.7. | **Utility Deposit Florida Power/2020.02/Service Deposit** | $1,214.44 |
| 7.8. | **Utility Deposit FPL/Deposit new store** | $1,043.90 |
| 7.9. | **Utility Deposit NVEnergy Deposit** | $811.22 |
| 7.10. | **Utility Deposit PG&E/Deposit 2018/07/23** | $975.83 |
| 7.11. | **Utility Deposit Smud/ Deposit Sacramento** | $722.00 |
| 7.12. | **Nevada Department of Taxation** | $26,895.00 |
| 7.13. | **Property Lease Deposit Geary Street San Fransico CA** | $30,000.00 |
| 7.14. | **Property Lease Deposit Melrose CA** | $8,225.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **G-Star Raw Retail, Inc.** | Case number *(If known)* **2:20-bk-16040-WB** |
|---|---|---|
| | Name | |

| 7.15. | **Property Lease Deposit Detroit MI** | $6,639.75 |
|---|---|---|

| 7.16. | **Utility Deposit- LA** | $1,500.00 |
|---|---|---|

| 7.17. | **Deposit- Other** | $638.59 |
|---|---|---|

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

| 8.1. | **Prepaid Construction** | $4,562.35 |
|---|---|---|

| 8.2. | **Prepaid Insurance** | $60,000.00 |
|---|---|---|

| 8.3. | **Prepaid Maintenance** | $459.50 |
|---|---|---|

9.  **Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.

    $271,815.64

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.   **Accounts receivable**

| 11a. 90 days old or less: | 32,426.86 | - | 0.00 | = .... | $32,426.86 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.   **Total of Part 3.**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

      $32,426.86

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

| Debtor | G-Star Raw Retail, Inc. | Case number *(If known)* | 2:20-bk-16040-WB |
|---|---|---|---|
| | Name | | |

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** Finished Goods | | $3,744,058.33 | Lower cost/mkt | $3,744,058.33 |
| 22. | **Other inventory or supplies** | | | | |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| | |
|---|---|
| | $3,744,058.33 |

24. **Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Furniture and Fixtures | $329,032.44 | | Unknown |
| | Store Buildouts | $47,138.35 | | Unknown |
| 40. | **Office fixtures** Office Equipment | $4,308.54 | | Unknown |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **G-Star Raw Retail, Inc.** | Case number *(If known)* | **2:20-bk-16040-WB** |
|---|---|---|---|
| | Name | | |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

|  |
|---|
| **$0.00** |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
■ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | **Description and location of property**<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|---|
| 55.1. | **Leasehold Improvements** | | **$1,137,829.02** | | **Unknown** |
| 55.2. | **Outlet Las Vegas 875 South Grand Central Parkway, Unit 3115, Las Vegas, NV 89106** | **Leased** | **Unknown** | | **Unknown** |
| 55.3. | **Cherry Hill 2000 Rt. 38 Unit 1015, Cherry Hill, NJ 08002** | **Leased** | **Unknown** | | **Unknown** |
| 55.4. | **Santa Monica 395 Santa Monica Place, Suite 166, Santa Monica 90401** | **Leased** | **Unknown** | | **Unknown** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **G-Star Raw Retail, Inc.** | Case number *(if known)* | **2:20-bk-16040-WB** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 55.5. | **Outlet Desert Hills 48400 Seminole Dr. Unit 508, Cabazon, CA 92230Unit 508** | Leased | Unknown | Unknown |
| 55.6. | **Outlet New York 498 Red Apple Ct, Central Valley, NY 10917** | Leased | Unknown | Unknown |
| 55.7. | **Pittsburgh, Ross Park 1000 Ross Park Mall Drive, Unit G04A, Pittsburgh, PA 15237** | | Unknown | Unknown |
| 55.8. | **Newport Beach 1013 Newport Center Drive, Newport Beach, CA 92660** | Leased | Unknown | Unknown |
| 55.9. | **Outlet San Francisco 3526 Livermore Outlets Drive, Unit 1225, Livermore, CA 94551** | Leased | Unknown | Unknown |
| 55.10. | **San Francisco, Geary Street 76 Geary Street, San Francisco, CA 94108** | Leased | Unknown | Unknown |
| 55.11. | **Sacramento 1689 Arden Way, Arden Fair, Level 1 Unit # 1286, Sacramento, CA 95815** | Leased | Unknown | Unknown |
| 55.12. | **Rodeo Drive 421 North Rodeo Drive, Beverly Hills, CA 90210** | Leased | Unknown | Unknown |
| 55.13. | **Santa Clara, Valley Fair 2855 Stevens Creek Boulevard, Suite #2311, Santa Clara, CA 95050** | Leased | Unknown | Unknown |
| 55.14. | **Canal Place, New Orleans 333 Canal Street, Unit 113, New Orleans, LA 70130** | Leased | Unknown | Unknown |

| Debtor | **G-Star Raw Retail, Inc.** | | Case number *(If known)* **2:20-bk-16040-WB** |
|---|---|---|---|
| | Name | | |

| 55.15. | **Detroit 1419 Woodward Avenue, Detroit, MI 70130** | Leased | Unknown | | Unknown |
|---|---|---|---|---|---|
| 55.16. | **Nashville 2126 Abbott Martin Rd, Unit E-217, Nashville TN 37215** | Leased | Unknown | | Unknown |
| 55.17. | **Outlet Denver 13801 Grant Street, Unit 260, Thorton, CO 80023** | Leased | Unknown | | Unknown |
| 55.18. | **Outlet Clarksburg 22705 Clarksburg Rd, Suite 326, Clarksburg, MD 20871** | Leased | Unknown | | Unknown |
| 55.19. | **Jersey City 30 Mall Drive West, Unit B41, Jersey City, NJ 07310** | Leased | Unknown | | Unknown |
| 55.20. | **Melrose 7966 Melrose Avenue, Los Angeles, CA 90048** | Leased | Unknown | | Unknown |
| 55.21. | **White Plains 125 Westchester Ave, Unit 2480, White Plains, NY 10601** | Leased | Unknown | | Unknown |
| 55.22. | **Pentagon Mall 1100 S Hayes St, Room E05E, Arlington VA 22202** | Leased | Unknown | | Unknown |
| 55.23. | **Beverly Center, LA 8500 Beverly Boulevard, Unit 6-6th Floor 665, Los Angeles, CA 90048** | Leased | Unknown | | Unknown |
| 55.24. | **Las Vegas Fashion Show 3200 Las Vegas Blvd. South, Fashion Show Mall Unit 2015, Las Vegas, NV 89109** | Leased | Unknown | | Unknown |

| Debtor | **G-Star Raw Retail, Inc.** | Case number *(If known)* **2:20-bk-16040-WB** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 55.25. | **Williamsburg 118 N 4th Street, Brooklyn, NY 11249** | Leased | Unknown | Unknown |
| 55.26. | **Garden State Plaza 1 Garden State Plaza Unit D1A, Level 2, Paramus, NJ 07652** | Leased | Unknown | Unknown |
| 55.27. | **New York 5th Avenue 475 5th Ave, New York, NY 10017** | Leased | Unknown | Unknown |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| |
|---|
| **$0.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** **Customer List** | Unknown | | Unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** **Goodwill** | $912,633.55 | | Unknown |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **G-Star Raw Retail, Inc.** | | Case number *(If known)* **2:20-bk-16040-WB** |
|---|---|---|---|
| | Name | | |

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☑ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.** **Notes receivable** <br> Description (include name of obligor) | |
| **72.** **Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) | |
| **73.** **Interests in insurance policies or annuities** | |
| **74.** **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| **76.** **Trusts, equitable or future interests in property** | |
| **77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| **Deferred Tax assets** | **Unknown** |
| **Intercompany receivable- G Star Raw eStore Inc.** | **$130,415.00** |
| **Intercompany Receivable G Star Retail Edmonton Inc.** | **$2,561.68** |
| **Intercompany receivable- G-Star Retail Laval Inc.** | **$216.43** |
| **Intercompany receivable- G-Star Retail Toronto Inc.** | **$10,660.91** |

| **78.** | **Total of Part 11.** <br> Add lines 71 through 77. Copy the total to line 90. | **$143,854.02** |
|---|---|---|

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **G-Star Raw Retail, Inc.** | Case number *(If known)* | **2:20-bk-16040-WB** |
|---|---|---|---|
| | Name | | |

☐ Yes

| Debtor | **G-Star Raw Retail, Inc.** | Case number *(If known)* | **2:20-bk-16040-WB** |
|---|---|---|---|
| | Name | | |

---

**Part 12:**    **Summary**

---

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $194,924.55 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $271,815.64 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $32,426.86 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,744,058.33 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $143,854.02 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,387,079.40 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,387,079.40 |

| Fill in this information to identify the case: |
| --- |

Debtor name    **G-Star Raw Retail, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:20-bk-16040-WB**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Deutsche Bank**<br>Creditor's Name<br><br>**60 Wall St**<br>**New York, NY 10005**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**3/30/2016**<br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**PROPERTY DESCRIPTION:**<br>**LETTER OF CREDIT NO. 504BGA1600283**<br>**FACE AMOUNT: $50000**<br>**BENEFICIARY: Fashion Show Mall LLC**<br><br>Describe the lien<br>**Trade: Standby LC**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **Unknown** | **Unknown** |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| **2.2** **Deutsche Bank**<br>Creditor's Name<br><br>**61 Wall St**<br>**New York, NY 10005**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**4/12/2016**<br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**PROPERTY DESCRIPTION:**<br>**LETTER OF CREDIT NO. 504BGA1600335**<br>**FACE AMOUNT: $66887.86**<br>**BENEFICIARY: Westchester Mall LLC**<br><br>Describe the lien<br>**Trade: Standby LC**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **Unknown** | **Unknown** |

| Debtor | **G-Star Raw Retail, Inc.** | Case number (if known) | **2:20-bk-16040-WB** |
|---|---|---|---|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

**2.3** **Deutsche Bank**
Creditor's Name

**62 Wall St**
**New York, NY 10005**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**4/12/2016**
**Last 4 digits of account number**

Describe debtor's property that is subject to a lien          Unknown          Unknown

**PROPERTY DESCRIPTION:**
**LETTER OF CREDIT NO. 504BGA1600333**
**FACE AMOUNT: $46276.67**
**BENEFICIARY: Newport Centre LLC**

Describe the lien
**Trade: Standby LC**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

**2.4** **Deutsche Bank**
Creditor's Name

**63 Wall St**
**New York, NY 10005**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**5/20/2016**
**Last 4 digits of account number**

Describe debtor's property that is subject to a lien          Unknown          Unknown

**PROPERTY DESCRIPTION:**
**LETTER OF CREDIT NO. 504BGA1600436**
**FACE AMOUNT: $67303.08**
**BENEFICIARY: Westland Garden State Plaza Limited**

Describe the lien
**Trade: Standby LC**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

**2.5** **Deutsche Bank**                     Describe debtor's property that is subject to a lien          Unknown          Unknown

| Debtor | G-Star Raw Retail, Inc. | Case number (if known) | **2:20-bk-16040-WB** |
|---|---|---|---|
| | Name | | |

Creditor's Name

**64 Wall St
New York, NY 10005**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**4/26/2018**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**PROPERTY DESCRIPTION:
LETTER OF CREDIT NO. 504BGA1800331
FACE AMOUNT: $1400000.00
BENEFICIARY: T-C 475 Fifth Avenue LLC**

**Describe the lien**

**Trade: Standby LC**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

---

| 2.6 | **Deutsche Bank** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**66 Wall St
New York, NY 10005**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**1/22/2019**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**PROPERTY DESCRIPTION:
LETTER OF CREDIT NO. 504BGA1900023
FACE AMOUNT: $457477.00
BENEFICIARY: ROC-Lafayette Associates, LLC**

**Describe the lien**

**Trade: Rental Gtee**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

---

| 2.7 | **Deutsche Bank** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**67 Wall St
New York, NY 10005**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**3/20/2019**

**PROPERTY DESCRIPTION:
LETTER OF CREDIT NO. 504BGA1900259
FACE AMOUNT: $109844
BENEFICIARY: Green Hills Mall TRG LLC**

**Describe the lien**

**Trade: Rental Gtee**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 4

| Debtor | **G-Star Raw Retail, Inc.** | Case number (if known) | **2:20-bk-16040-WB** |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number** _____

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**       **$0.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Official Form 206D                     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                     page 4 of 4

| Fill in this information to identify the case: |
|---|

Debtor name  **G-Star Raw Retail, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **2:20-bk-16040-WB**

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |

2.1  Priority creditor's name and mailing address
**Colorado Department of Revenue
(CO)
P.O. Box 17087
Denver, CO 80203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim  **Unknown**
Priority amount  **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

2.2  Priority creditor's name and mailing address
**Commonwealth of Virginia (VA)
P.O. Box 1879
Richmond, VA 23218**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim  **Unknown**
Priority amount  **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

| Debtor | **G-Star Raw Retail, Inc.** | Case number *(if known)* | **2:20-bk-16040-WB** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Comptroller of Maryland (MD)**
**Revenue Administration Center**
**Taxpayer Service Division**
**Annapolis, MD 21411-0001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Department of Taxation and**
**Finance (NYS)**
**BANKRUPTCY SECTION**
**PO BOX 5300**
**Albany, NY 12205-0300**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Florida Department of Revenue**
**(FL)**
**Mail Stop 3-2000**
**5050 W Tennessee St**
**Tallahasee, FL 32399-0112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Franchise Tax Board (CA)**
**Franchise Tax Board**
**PO Box 942840**
**Sacramento, CA 94240-0040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | G-Star Raw Retail, Inc. | | Case number (if known) | **2:20-bk-16040-WB** |
|--------|------------------------|--|------------------------|------------------------|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|-----|----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Internal Revenue Service (IRS)**
**Centralized Insolvency Operation**
**Post Office Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|-----|----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Michigan Department of Treasury**
**(MI)**

**Lansing, MI 48922**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|-----|----------------------------------------------|-----------------------------------------------|-------------|-------------|

**NJ Treasury (Division of Taxation)**
**(NJ)**
**Bankruptcy Section**
**PO Box 245**
**Trenton, NJ 08695-0245**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|----------------------------------------------|-----------------------------------------------|-------------|-------------|

**NYC Department of Finance**
**P.O. Box 5100**
**Kingston, NY 12402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **G-Star Raw Retail, Inc.** | Case number (if known) | **2:20-bk-16040-WB** |
|---|---|---|---|

Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Oregon Department of Revenue (OR)**
**955 Center Street NE**
**Salem, OR 97301-2555**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**PA Department of Revenue (PA)**
**PO BOX 280905**
**HARRISBURG, PA 17128-0905**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Tennessee Department of Revenue (TN)**
**500 Deaderick Street**
**Nashville, TN 37242**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Texas Comptroller (TX)**
**P.O. Box 13528**
**Capitol Station**
**Austin, TX 78711-3528**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.  List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **G-Star Raw Retail, Inc.** | Case number *(if known)* | **2:20-bk-16040-WB** |
|---|---|---|---|
| | Name | | |

---

**3.1**   **Nonpriority creditor's name and mailing address**

**11th Street Workshop**
**306 E 11th St**
**#1C**
**New York, NY 10003**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**$23,353.69**

---

**3.2**   **Nonpriority creditor's name and mailing address**

**24 Seven Staffing INC**
**120 Wooster Street**
**New York, NY 10012**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**$1,140.75**

---

**3.3**   **Nonpriority creditor's name and mailing address**

**441 Broadway, LLC**
**73 Spring Street**
**6th Floor**
**New York, NY 10012**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**$161,549.40**

---

**3.4**   **Nonpriority creditor's name and mailing address**

**A-1 mechanical**
**5985 Polaris Ave.**
**Las Vegas, NV 89118**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**$426.25**

---

**3.5**   **Nonpriority creditor's name and mailing address**

**Action Security Services Inc**
**4475 South Clinton Avenue Suite 220**
**South Plainfeld, NJ 07080**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**$544.86**

---

**3.6**   **Nonpriority creditor's name and mailing address**

**Arden Fair Associates LP**
**1689 Arden Way**
**Suite 1167**
**Sacramento, CA 95815**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**$212,063.86**

---

**3.7**   **Nonpriority creditor's name and mailing address**

**Brinks INC**
**PO Box 619031**
**DALLAS, TX 75261**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**$9,645.51**

---

| Debtor | **G-Star Raw Retail, Inc.** | Case number (if known) | **2:20-bk-16040-WB** |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $625.00 |
|---|---|---|---|

**Bumler Mechanical, Inc.**
**6260 18-1/2 Mile Road**
**Sterling Heights, MI 48314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,792.22 |
|---|---|---|---|

**CAB Bedford LLC**
**c/o ACHS Management Corp.**
**1412 Broadway**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $502.19 |
|---|---|---|---|

**Canon solution America**
**300 Commerce square BLVD**
**Burlington, VT 08016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $161.84 |
|---|---|---|---|

**Century Link**
**PO BOX 1319**
**Charlotte, NC 28201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,088.00 |
|---|---|---|---|

**Cherry Hill Center, LLC**
**Cherry Hill Mall**
**2000 Route 38**
**Suite 514**
**Cherry hill, NJ 08002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $314.92 |
|---|---|---|---|

**City of Beverly Hills**
**5363 PO BOX**
**Beverly Hills, CA 90209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,427.90 |
|---|---|---|---|

**City of Los Angeles**
**P.O. Box 30879**
**Los Angeles, CA 90030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **G-Star Raw Retail, Inc.** | Case number (if known) | **2:20-bk-16040-WB** |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|
| | **Craig Leonard**<br>**30 MacDaniel Rd**<br>**Bearsville, NY 12409** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32.99** |
|---|---|---|---|
| | **Culligan Water of Las Vegas**<br>**4513 N Lamb Blvd, Ste 92**<br>**Las Vegas, NV 89115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$53,431.90** |
|---|---|---|---|
| | **Denver Premium Outlets LLC**<br>**Simon Property Group**<br>**60 Columbia Road**<br>**Building B, 3rd Floor**<br>**Morristown, NJ 07960** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$592.00** |
|---|---|---|---|
| | **EGT Enterprise Inc.**<br>**2030 Union St. #207**<br>**San Francisco, CA 94123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$255,868.21** |
|---|---|---|---|
| | **Fashion Centre Mall LLC**<br>**c/o M.S. Management Associates Inc.**<br>**225 West Washington Street**<br>**Indianapolis, IN 46204-3438** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$61,907.00** |
|---|---|---|---|
| | **Fashion Show Mall LLC**<br>**110 North Wacker Drive**<br>**Attn: Law/Leasing Department**<br>**Chicago, IL 60606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,113.58** |
|---|---|---|---|
| | **G Star Canada Inc.**<br>**645 Wellington Street**<br>**Suite 220**<br>**H3C 1T2**<br>**Montreal, Quebec, Canada** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **G-Star Raw Retail, Inc.** | | Case number *(if known)* | **2:20-bk-16040-WB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,140,833.00** |
|---|---|---|---|
| | **G Star Raw CV**<br>**Joan Muyskenweg 39**<br>**zip code 1114 AN**<br>**Amsterdam-Duivendrecht**<br>**The Netherlands** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,595,620.88** |
|---|---|---|---|
| | **G-Star, Inc.**<br>**599 Broadway, Unit A 11 Floor**<br>**New York, NY 10012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80,793.62** |
|---|---|---|---|
| | **Garden State Plaza Limited Partnership**<br>**2049 Century Park East**<br>**41st Floor**<br>**Los Angeles, CA 90067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$113,595.53** |
|---|---|---|---|
| | **Geary-Grant LLC**<br>**172 Golden Gate Ave**<br>**San Francisco, CA 94102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,510.33** |
|---|---|---|---|
| | **Granite Communications**<br>**100 newport ave Ext.**<br>**Quincy, MA 02171** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$331,866.00** |
|---|---|---|---|
| | **Green Hills Mall TRG LLC**<br>**200 East Long Lake Road**<br>**Suite 300**<br>**Bloomfield Hills, MI 48304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$97,260.81** |
|---|---|---|---|
| | **HG Galleria I, II, III, LP   M.S. Manage**<br>**c/o M.S. Management Associates Inc.**<br>**225 West Washington Street**<br>**Indianapolis, IN 46204-3438** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **G-Star Raw Retail, Inc.** | Case number (if known) | **2:20-bk-16040-WB** |
|---|---|---|---|
| | Name | | |

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$778.41**

**HR Direct**
**P.O. Box 669390**
**Pompano, FL 33066**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,934.20**

**Imperial Commerical Cleaning**
**151 Dixon Avenue**
**Amityville, NY 10917**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,250.76**

**Johnson Controls Security Solutions**
**371967 10405 Crosspoint Blvd**
**Indianapolis, IN 46256**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,925.13**

**Keter Environmental Services, Inc**
**PO Box 417468**
**Boston, MA 02241-7468**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$224,279.00**

**King of Prussia Associates**
**c/o Simon Property Group**
**225 West Washington Street**
**Aventura, IN 46204-3438**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$348,884.92**

**La Cienega partners Limited Partnership**
**200 East Long Lake Road**
**Suite 300**
**Bloomfield Hills, MI 48304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58,476.89**

**Livermore Premium Outlets II**
**Simon Property Group**
**60 Columbia Road**
**Building B, 3rd Floor**
**Morristown, NJ 07960**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **G-Star Raw Retail, Inc.** | | Case number (if known) | **2:20-bk-16040-WB** |
|---|---|---|---|---|
| | Name | | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109,740.63 |
|---|---|---|---|

**Macerich Santa Monica LLC and Macerich S**
**395 Santa Monica Place**
**Attn: Center manager**
**Santa Monica, CA 90401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,577.00 |
|---|---|---|---|

**Marcum LLP**
**101 Eisenhower Parkway, 1st Floor**
**Roseland, NJ 07068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,620.64 |
|---|---|---|---|

**Melrose Heights, LLC**
**c/o Sachse Real Estate Company, Inc**
**315 South Beverly Drive**
**Suite 415**
**Beverly Hills, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,724.94 |
|---|---|---|---|

**Merchants Row Webward LLC c/o Bedrock**
**630 Woodward Avenue**
**Attn: James A. Ketai**
**Detroit, MI 48226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,981.24 |
|---|---|---|---|

**Merlin Industries**
**175 Newark Avenue Suite 1RL**
**Jersey City, NJ 07302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,041.33 |
|---|---|---|---|

**Newport Centre LLC**
**c/o Simon Property Group**
**225 West Washington Street**
**Indianapolis, IN 46204-3438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,430.00 |
|---|---|---|---|

**NOLA Construction and Handyman**
**1050 S. Jefferson Davis Pkwy**
**New Orleans, LA 70125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **G-Star Raw Retail, Inc.** | Case number (if known) | **2:20-bk-16040-WB** |
|---|---|---|---|
| | Name | | |

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188,687.42 |
|---|---|---|---|

**Penn Ross Joint Venture**
**c/o M.S. Management Associates Inc.**
**225 West Washington Street**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,671.14 |
|---|---|---|---|

**PNC Bank**
**P.O. BOX 822873**
**Philadelphia, PA 19182**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Premium Outlet Partners, L.P.**
**c/o Simon Property Group**
**Attn: Premium Outlets**
**225 West Washington Street**
**Indianapolis, IN 46204-3438**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $217,552.45 |
|---|---|---|---|

**Premium Outlet Partners, L.P.**
**Simon Property Group**
**60 Columbia Road**
**Building B, 3rd Floor**
**Morristown, NJ 07960**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $635.52 |
|---|---|---|---|

**Recycle Track Systems Inc.**
**435 Hudson Street Suite 404**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $199,830.00 |
|---|---|---|---|

**Roc-Lafayette Associates LLC**
**c/o The Olnkick Organization Inc.**
**135 Est 57th Street**
**22nd Floor**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $179,684.88 |
|---|---|---|---|

**Rodeo Collection LTD**
**9629 Brighton Way**
**2nd Floor**
**Beverly Hills, CA 90210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **G-Star Raw Retail, Inc.** | | Case number (if known) | **2:20-bk-16040-WB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,367.03 |
|---|---|---|---|
| | **ServiceChannel.com, Inc.**<br>**18 E 16th St, 2nd Floor**<br>**New York, NY 10003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85,124.49 |
|---|---|---|---|
| | **Simon/Chelsea Las Vegas Development, LLC**<br>**Simon Property Group**<br>**60 Columbia Road**<br>**Building B, 3rd Floor**<br>**Morristown, NJ 07960** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $133,108.37 |
|---|---|---|---|
| | **Simon/Clarksburg Development LLC**<br>**Simon Property Group**<br>**60 Columbia Road**<br>**Building B, 3rd Floor**<br>**Morristown, NJ 07960** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Space MGT**<br>**4 Bluestone Ridge**<br>**Hurley, NY 12443** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Staples Business Advantage**<br>**PO BOX  415256**<br>**Boston, MA 02241-5256** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $426,006.63 |
|---|---|---|---|
| | **T-C 475 Fifth Avenue LLC**<br>**475 Fifth Avenue**<br>**Attn: Project Management Office**<br>**New York, NY 10017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|
| | **TERMINIX PROCESSING CENTER**<br>**P.O. BOX 742592**<br>**Cincinnati, OH 45274** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **G-Star Raw Retail, Inc.** | Case number (if known) | **2:20-bk-16040-WB** |
|---|---|---|---|
| | Name | | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,917.00** |
|---|---|---|---|

**UPS United Parcel Service**
**PO Box 7247-0244**
**PHILADELPHIA, PA 19170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$157,842.61** |
|---|---|---|---|

**VF Mall LLC**
**2049 Century Park East**
**Attn: Legal Department**
**41st Floor**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,459.30** |
|---|---|---|---|

**Westchester Mall, LLC**
**c/o M.S. Management Associates Inc.**
**225 West Washington Street**
**Indianapolis, IN 46204-3438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$160,253.72** |
|---|---|---|---|

**Wilson Canal Place II, LLC**
**c/o O Connor Property Management, LLC**
**333 Canal Street**
**Suite 327**
**New Orleans, LA 70130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 15,068,972.89 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 15,068,972.89 |

**Fill in this information to identify the case:**

Debtor name    **G-Star Raw Retail, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:20-bk-16040-WB**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Store Lease** |
| State the term remaining | **6/1/2028** |
| List the contract number of any government contract | |

**441 Broadway, LLC**
**73 Spring Street**
**6th Floor**
**New York, NY 10012**

| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Store Lease** |
|---|---|
| State the term remaining | **3/1/2028** |
| List the contract number of any government contract | |

**Arden Fair Associates LP**
**1689 Arden Way**
**Suite 1167**
**Sacramento, CA 95815**

| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Store Lease** |
|---|---|
| State the term remaining | **5/31/2028** |
| List the contract number of any government contract | |

**Aventura Mall Expansion Venture**
**c/o Turnberry Aventura Mall Expansion Co**
**19501 Biscayne Boulevard**
**Suite 400**
** FL 33180**

| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **HVAC service contract** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

**BP Air Conditioning Corp.**
**83-40 72nd Drive Glendale**
**Ridgewood, NY 11385**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **G-Star Raw Retail, Inc.** | | | Case number *(if known)* | **2:20-bk-16040-WB** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease** | |
|---|---|---|---|
| | State the term remaining | 12/31/2025 | **CAB Bedford LLC** **c/o ACHS Management Corp.** **1412 Broadway** **New York, NY 10018** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease** | |
|---|---|---|---|
| | State the term remaining | 8/10/2020 | **Cherry Hill Center, LLC** **Cherry Hill Mall** **2000 Route 38** **Suite 514** **Cherry hill, NJ 08002** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **HVAC Contract** | |
|---|---|---|---|
| | State the term remaining | | **Concept Air** **58-84 Maspeth Avenue** **Maspeth, NY 11378** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Trash collection** | |
|---|---|---|---|
| | State the term remaining | | **D&D Carting CO. Inc BIC#64** **107 8th Street** **Brooklyn, NY 11215** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Voluntary Surrender Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Denimwall/Craig Leonard** **30 MacDaniel Rd** **Bearsville, NY 12409** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease** | |
|---|---|---|---|
| | State the term remaining | 9/1/2028 | **Denver Premium Outlets LLC** **Simon Property Group** **60 Columbia Road** **Building B, 3rd Floor** **Morristown, NJ 07960** |
| | List the contract number of any | | |

Debtor 1    **G-Star Raw Retail, Inc.**

First Name            Middle Name            Last Name

Case number (*if known*)    **2:20-bk-16040-WB**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |
|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Store Lease |  |
|---|---|---|---|
|  | State the term remaining | 11/12/2024 | **Fashion Centre Mall LLC**<br>**c/o M.S. Management Associates Inc.**<br>**225 West Washington Street**<br>**Indianapolis, IN 46204-3438** |
|  | List the contract number of any government contract |  |  |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Store Lease |  |
|---|---|---|---|
|  | State the term remaining | 11/30/2024 | **Fashion Show Mall LLC**<br>**110 North Wacker Drive**<br>**Attn: Law/Leasing Department**<br>**Chicago, IL 60606** |
|  | List the contract number of any government contract |  |  |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Store Lease |  |
|---|---|---|---|
|  | State the term remaining | 1/31/2022 | **Geary-Grant LLC**<br>**172 Golden Gate Ave**<br>**San Francisco, CA 94102** |
|  | List the contract number of any government contract |  |  |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Store Lease |  |
|---|---|---|---|
|  | State the term remaining | 9/16/2023 | **Green Hills Mall TRG LLC**<br>**200 East Long Lake Road**<br>**Suite 300**<br>**Bloomfield Hills, MI 48304** |
|  | List the contract number of any government contract |  |  |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Store Lease |  |
|---|---|---|---|
|  | State the term remaining | 7/31/2023 | **HG Galleria I, II, III, LP**<br>**c/o M.S. Management Associates Inc.**<br>**225 West Washington Street**<br>**Indianapolis, IN 46204-3438** |
|  | List the contract number of any government contract |  |  |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Security Alarms | **Johnson Controls Security Solutions**<br>**371967 10405 Crosspoint Blvd**<br>**Indianapolis, IN 46256** |
|---|---|---|---|

| Debtor 1 | G-Star Raw Retail, Inc. | | | Case number *(if known)* | **2:20-bk-16040-WB** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.17.** | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease** | |
| | State the term remaining | 6/30/2028 | **King of Prussia Associates**<br>**c/o Simon Property Group**<br>**225 West Washington Street**<br>**Indianapolis, IN 46204** |
| | List the contract number of any government contract | | |
| **2.18.** | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease** | |
| | State the term remaining | 8/31/2021 | **Livermore Premium Outlets II**<br>**Simon Property Group**<br>**60 Columbia Road**<br>**Building B, 3rd Floor**<br>**Morristown, NJ 07960** |
| | List the contract number of any government contract | | |
| **2.19.** | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease** | |
| | State the term remaining | 1/31/2021 | **Macerich Santa Monica LLC**<br>**395 Santa Monica Place**<br>**Attn: Center manager**<br>**Santa Monica, CA 90401** |
| | List the contract number of any government contract | | |
| **2.20.** | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease** | |
| | State the term remaining | 9/30/2024 | **Melrose Heights, LLC**<br>**c/o Sachse Real Estate Company, Inc**<br>**315 South Beverly Drive**<br>**Suite 415**<br>**Beverly Hills, CA 90212** |
| | List the contract number of any government contract | | |
| **2.21.** | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease** | |
| | State the term remaining | 7/31/2023 | **Merchants Row Webward LLC**<br>**630 Woodward Avenue**<br>**Attn: James A. Ketai**<br>**Detroit, MI 48226** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor 1 | **G-Star Raw Retail, Inc.** | | | Case number *(if known)* | **2:20-bk-16040-WB** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease** | |
|---|---|---|---|
| | State the term remaining | **9/12/2024** | **Newport Centre LLC**<br>**c/o Simon Property Group**<br>**225 West Washington Street**<br>**Indianapolis, IN 46204-3438** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease** | |
|---|---|---|---|
| | State the term remaining | **4/30/2028** | **Penn Ross Joint Venture**<br>**Penn Ross Joint Venture**<br>**c/o M.S. Management Associates Inc.**<br>**225 West Washington Street**<br>**Indianapolis, IN 46204** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease** | |
|---|---|---|---|
| | State the term remaining | | **Premium Outlet Partners, L.P.**<br>**Simon Property Group**<br>**60 Columbia Road**<br>**Building B, 3rd Floor**<br>**Morristown, NJ 07960** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease** | |
|---|---|---|---|
| | State the term remaining | | **Premium Outlet Partners, L.P.**<br>**c/o Simon Property Group**<br>**Attn: Premium Outlets**<br>**225 West Washington Street**<br>**Indianapolis, IN 46204-3438** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease** | |
|---|---|---|---|
| | State the term remaining | **6/1/2028** | **Roc-Lafayette Associates LLC**<br>**c/o The Olnick Organization Inc.**<br>**135 Est 57th Street**<br>**22nd Floor**<br>**New York, NY 10022** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease** | |
|---|---|---|---|
| | State the term remaining | **7/14/2022** | **Rodeo Collection LTD**<br>**9629 Brighton Way**<br>**2nd Floor**<br>**Beverly Hills, CA 90210** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | G-Star Raw Retail, Inc. | | | Case number (*if known*) | **2:20-bk-16040-WB** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **ServiceChannel.com, Inc.** |
| | List the contract number of any government contract | | **18 E 16th St, 2nd Floor** <br> **New York, NY 10003** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease** | |
|---|---|---|---|
| | State the term remaining | **6/30/2020** | **Simon/Chelsea Las Vegas Development, LLC** <br> **Simon Property Group** <br> **60 Columbia Road** |
| | List the contract number of any government contract | | **Building B, 3rd Floor** <br> **Morristown, NJ 07960** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease** | |
|---|---|---|---|
| | State the term remaining | **3/11/2024** | **Simon/Clarksburg Development LLC** <br> **Simon Property Group** <br> **60 Columbia Road** |
| | List the contract number of any government contract | | **Building B, 3rd Floor** <br> **Morristown, NJ 07960** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Backup services** | |
|---|---|---|---|
| | State the term remaining | | **Spectrotel** |
| | List the contract number of any government contract | | **339 P.O. Box** <br> **Neptune, NJ 07754** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease** | |
|---|---|---|---|
| | State the term remaining | **5/31/2026** | **T-C 475 Fifth Avenue LLC** <br> **475 Fifth Avenue** <br> **Attn: Project Management Office** |
| | List the contract number of any government contract | | **New York, NY 10017** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease** | **Taubman La Cienega Partners LP** <br> **200 East Long Lake Road** <br> **Suite 300** <br> **Bloomfield Hills, MI 48304** |
|---|---|---|---|

| Debtor 1 | **G-Star Raw Retail, Inc.** | | | Case number *(if known)* | **2:20-bk-16040-WB** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining 11/12/2024 | |
| List the contract number of any government contract | |
| **2.34.** State what the contract or lease is for and the nature of the debtor's interest **Pest Control** | |
| State the term remaining | **TERMINIX PROCESSING CENTER** |
| List the contract number of any government contract | **P.O. BOX 742592** **Cincinnati, OH 45274** |
| **2.35.** State what the contract or lease is for and the nature of the debtor's interest **Shipping** | |
| State the term remaining | **UPS United Parcel Service** |
| List the contract number of any government contract | **PO Box 7247-0244** **PHILADELPHIA, PA 19170** |
| **2.36.** State what the contract or lease is for and the nature of the debtor's interest **Store Lease** | |
| State the term remaining 5/17/2023 | **VF Mall LLC** **2049 Century Park East** **Attn: Legal Department** |
| List the contract number of any government contract | **41st Floor** **Los Angeles, CA 90067** |
| **2.37.** State what the contract or lease is for and the nature of the debtor's interest **Garbage collection** | |
| State the term remaining | **Waste Connections** |
| List the contract number of any government contract | **99 Wood avesouth suite 1001** **Iselin, NJ 08830** |
| **2.38.** State what the contract or lease is for and the nature of the debtor's interest **Store Lease** | |
| State the term remaining 10/1/2024 | **Westchester Mall, LLC** **c/o M.S. Management Associates Inc.** |
| List the contract number of any government contract | **225 West Washington Street** **Indianapolis, IN 46204-3438** |

| Debtor 1 | **G-Star Raw Retail, Inc.** | | | Case number *(if known)* | **2:20-bk-16040-WB** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.39.** State what the contract or lease is for and the nature of the debtor's interest — **Store Lease**

State the term remaining — **3/31/2025**

List the contract number of any government contract

**Westland Garden State Plaza LP
2049 Century Park East
41st Floor
Los Angeles, CA 90067**

**2.40.** State what the contract or lease is for and the nature of the debtor's interest — **Store Lease**

State the term remaining — **6/29/2023**

List the contract number of any government contract

**Wilson Canal Place II, LLC
c/o O Connor Property Management, LLC
333 Canal Street
Suite 327
New Orleans, LA 70130**

**Fill in this information to identify the case:**

Debtor name     **G-Star Raw Retail, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:20-bk-16040-WB**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **G Star Raw CV** | **Joan Muyskenweg 39 zip code 1114 AN Amsterdam-Duivendrecht The Netherlands Guarantee** | **Deutsche Bank** | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **G Star Raw CV** | **Joan Muyskenweg 39 zip code 1114 AN Amsterdam-Duivendrecht The Netherlands Guarantee** | **Deutsche Bank** | ☑ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **G Star Raw CV** | **Joan Muyskenweg 39 zip code 1114 AN Amsterdam-Duivendrecht The Netherlands Guarantee** | **Deutsche Bank** | ☑ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **G Star Raw CV** | **Joan Muyskenweg 39 zip code 1114 AN Amsterdam-Duivendrecht The Netherlands Guarantee** | **Deutsche Bank** | ☑ D __2.4__ ☐ E/F _____ ☐ G _____ |

| Debtor | G-Star Raw Retail, Inc. | | Case number *(if known)* | **2:20-bk-16040-WB** |

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.5 | **G Star Raw CV** | **Joan Muyskenweg 39**<br>**zip code 1114 AN**<br>**Amterdam-Duivendrecht**<br>**The Netherlands**<br>**Guarantee** | **Deutsche Bank** | ■ D ___**2.5**___<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | **G Star Raw CV** | **Joan Muyskenweg 39**<br>**zip code 1114 AN**<br>**Amterdam-Duivendrecht**<br>**The Netherlands**<br>**Guarantee** | **Deutsche Bank** | ■ D ___**2.6**___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **G Star Raw CV** | **Joan Muyskenweg 39**<br>**zip code 1114 AN**<br>**Amterdam-Duivendrecht**<br>**The Netherlands**<br>**Guarantee** | **Deutsche Bank** | ■ D ___**2.7**___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **G-Star, Inc.** | **599 Broadway, Unit A 11 Floor**<br>**New York, NY 10012**<br>**Guarantee** | **CAB Bedford LLC** | ☐ D _____<br>■ E/F ___**3.9**___<br>☐ G _____ |
| 2.9 | **G-Star, Inc.** | **599 Broadway, Unit A 11 Floor**<br>**New York, NY 10012**<br>**Guarantee** | **King of Prussia**<br>**Associates** | ☐ D _____<br>■ E/F ___**3.33**___<br>☐ G _____ |
| 2.10 | **G-Star, Inc.** | **599 Broadway, Unit A 11 Floor**<br>**New York, NY 10012**<br>**Guarantee** | **Wilson Canal Place II,**<br>**LLC** | ☐ D _____<br>■ E/F ___**3.60**___<br>☐ G _____ |
| 2.11 | **G-Star, Inc.** | **599 Broadway, Unit A 11 Floor**<br>**New York, NY 10012** | **Melrose Heights, LLC** | ☐ D _____<br>■ E/F ___**3.38**___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **G-Star Raw Retail, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:20-bk-16040-WB**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **5/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$572,846.53** |
| **For prior year:**<br>From  **5/01/2019** to  **4/30/2020** | ■ Operating a business<br>☐ Other _____ | **$20,637,896.51** |
| **For year before that:**<br>From  **5/01/2018** to  **4/30/2019** | ■ Operating a business<br>☐ Other _____ | **$20,795,547.27** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **G-Star Raw Retail, Inc.**    Case number *(if known)*    **2:20-bk-16040-WB**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **CAB Bedford LLC**<br>1412 Broadway<br>New york, NY 10018 | **4/24/2020** | **$7,839.12** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **CAB Bedford LLC**<br>1412 Broadway<br>New york, NY 10018 | **5/13/2020** | **$7,887.24** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Granite Communications**<br>100 newport ave Ext.<br>Quincy, MA 02171 | **5/5/2020** | **$4,177.31** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **Granite Communications**<br>100 newport ave Ext.<br>Quincy, MA 02171 | **6/22/2020** | **$3,092.52** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **Melrose Heights, LLC**<br>151 S. El Camino Drive<br>Beverly Hills, CA 90212 | **5/13/2020** | **$5,676.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | **Melrose Heights, LLC**<br>151 S. El Camino Drive<br>Beverly Hills, CA 90212 | **6/25/2020** | **$2,838.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | **Retail Maintenance Specialists**<br>1995 Swarthmore Avenue<br>Lakewood   08701 | **5/1/2020** | **$2,481.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. | **Retail Maintenance Specialists**<br>1995 Swarthmore Avenue<br>Lakewood   08701 | **5/15/2020** | **$10,302.97** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | G-Star Raw Retail, Inc. | Case number *(if known)* | **2:20-bk-16040-WB** |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.9. | **Retail Maintenance Specialists**<br>**1995 Swarthmore Avenue**<br>**Lakewood   08701** | **5/20/2020** | **$8,431.26** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. | **Retail Maintenance Specialists**<br>**1995 Swarthmore Avenue**<br>**Lakewood   08701** | **6/3/2020** | **$9,136.52** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. | **Retail Maintenance Specialists**<br>**1995 Swarthmore Avenue**<br>**Lakewood   08701** | **6/10/2020** | **$3,231.39** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. | **RGIS**<br>**77631 P.O. Box**<br>**Detroit   48277** | **4/9/2020** | **$21,150.19** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. | **Rodeo Collection Ltd**<br>**9629 Brighton Way**<br>**Beverley hills   90210** | **5/14/2020** | **$89,842.44** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. | **SBH Fashion Inc.**<br>**35 West 36th Street, Suite 11E**<br>**New York   10012** | **4/22/2020** | **$9,100.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. | **Staples Business Advantage**<br>**PO BOX  415256**<br>**Boston, MA 022415256** | **6/25/2020** | **$7,286.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. | **TERMINIX PROCESSING CENTER**<br>**P.O. BOX 742592**<br>**Cincinnati   45274** | **6/25/2020** | **$125.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | G-Star Raw Retail, Inc. | | Case number *(if known)* **2:20-bk-16040-WB** |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.17. | **24 Seven Inc**<br>**120 Wooster st**<br>**New York, NY 10012** | **4/2/2020** | **$330.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. | **24 Seven Inc**<br>**120 Wooster st**<br>**New York, NY 10012** | **4/17/2020** | **$4,873.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. | **24 Seven Inc**<br>**120 Wooster st**<br>**New York, NY 10012** | **4/22/2020** | **$3,017.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. | **24 Seven Inc**<br>**120 Wooster st**<br>**New York, NY 10012** | **5/1/2020** | **$2,099.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. | **24 Seven Inc**<br>**120 Wooster st**<br>**New York, nY 10012** | **5/8/2020** | **$3,645.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. | **24 Seven Inc**<br>**120 Wooster st**<br>**New York, NY 10012** | **6/3/2020** | **$1,599.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23. | **Arsenal New York**<br>**275 W 39th Street**<br>**New York   10018** | **5/8/2020** | **$1,535.54** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24. | **Arsenal New York**<br>**275 W 39th Street**<br>**New York   10018** | **5/20/2020** | **$6,055.04** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | G-Star Raw Retail, Inc. | Case number (if known) | **2:20-bk-16040-WB** |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.25. **Brinks INC** PO Box 619031 DALLAS, TX 75261 | **5/1/2020** | **$9,111.63** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.26. **Brinks INC** PO Box 619031 DALLAS, TX 75261 | **5/8/2020** | **$1,654.78** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.27. **Brinks INC** PO Box 619031 DALLAS, TX 75261 | **5/15/2020** | **$1,805.45** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.28. **Brinks INC** PO Box 619031 DALLAS, TX 75261 | **5/20/2020** | **$9,202.30** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.29. **Brinks INC** PO Box 619031 DALLAS, TX 75261 | **6/19/2020** | **$76.43** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.30. **Cherry Hill Center, LLC** Cherry Hill Mall 2000 Route 38, Sui Cherry Hill, NJ 08002 | **5/20/2020** | **$6,073.04** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.31. **Johnson Controls Security Solutions** 371967 10405 Crosspoint Blvd Indianapolis, IN 46256 | **4/17/2020** | **$242.68** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.32. **Johnson Controls Security Solutions** 371967 10405 Crosspoint Blvd Indianapolis, IN 46256 | **5/1/2020** | **$170.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

| Debtor | G-Star Raw Retail, Inc. | | | Case number *(if known)* **2:20-bk-16040-WB** |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.33. | **Johnson Controls Security Solutions**<br>**371967 10405 Crosspoint Blvd**<br>**Indianapolis, IN 46256** | 5/8/2020 | $1,812.85 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34. | **Johnson Controls Security Solutions**<br>**371967 10405 Crosspoint Blvd**<br>**Indianapolis, IN 46256** | 5/15/2020 | $592.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.35. | **Johnson Controls Security Solutions**<br>**371967 10405 Crosspoint Blvd**<br>**Indianapolis, IN 46256** | 5/20/2020 | $3,602.09 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.36. | **Staples Business Advantage**<br>**PO BOX  415256**<br>**Boston, MA 022415256** | 4/9/2020 | $17,229.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.37. | **Staples Business Advantage**<br>**PO BOX  415256**<br>**Boston, MA 022415256** | 4/22/2020 | $1,935.41 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.38. | **Staples Business Advantage**<br>**PO BOX  415256**<br>**Boston, MA 022415256** | 5/1/2020 | $5,287.35 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.39. | **Staples Business Advantage**<br>**PO BOX  415256**<br>**Boston, MA 022415256** | 5/8/2020 | $79.39 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.40. | **Staples Business Advantage**<br>**PO BOX  415256**<br>**Boston, MA 022415256** | 5/20/2020 | $7,098.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **G-Star Raw Retail, Inc.**

Case number *(if known)* **2:20-bk-16040-WB**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.41. | **UPS United Parcel Service**<br>PO Box 7247-0244<br>PHILADELPHIA, PA 19170 | **43935** | **$6,018.76** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.42. | **UPS United Parcel Service**<br>PO Box 7247-0244<br>PHILADELPHIA, PA 19170 | **43936** | **$2,296.53** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.43. | **UPS United Parcel Service**<br>PO Box 7247-0244<br>PHILADELPHIA, PA 19170 | **43938** | **$411.55** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.44. | **UPS United Parcel Service**<br>PO Box 7247-0244<br>PHILADELPHIA, PA 19170 | **43944** | **$2,101.21** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.45. | **UPS United Parcel Service**<br>PO Box 7247-0244<br>PHILADELPHIA, PA 19170 | **43952** | **$841.12** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.46. | **UPS United Parcel Service**<br>PO Box 7247-0244<br>PHILADELPHIA, PA 19170 | **43957** | **$18,270.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.47. | **UPS United Parcel Service**<br>PO Box 7247-0244<br>PHILADELPHIA, PA 19170 | **43979** | **$482.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.48. | **UPS United Parcel Service**<br>PO Box 7247-0244<br>PHILADELPHIA, PA 19170 | **43992** | **$158.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **G-Star Raw Retail, Inc.** | | Case number *(if known)* **2:20-bk-16040-WB** |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.49. | **UPS United Parcel Service**<br>**PO Box 7247-0244**<br>**PHILADELPHIA, PA 19170** | **44001** | **$1,637.63** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.50. | **Craig Leonard**<br>**30 MacDaniel Rd**<br>**Bearsville, NY 12409** | **5/15/20** | **$30,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **G Star Inc.**<br>**599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **7/2/2019** | **$198,531.17** | **Transfer** |
| 4.2. | **G Star Inc.**<br>**599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **7/8/2019** | **$66,701.22** | **Transfer** |
| 4.3. | **G Star Inc.**<br>**599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **7/11/2019** | **$173,884.98** | **Transfer** |
| 4.4. | **G Star Inc.**<br>**599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **7/16/2019** | **$223,501.26** | **Transfer** |
| 4.5. | **G Star Inc.**<br>**599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **7/18/2019** | **$148,036.75** | **Transfer** |
| 4.6. | **G Star Inc.**<br>**599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **7/25/2019** | **$399,068.68** | **Transfer** |

Debtor    **G-Star Raw Retail, Inc.**                                    Case number *(if known)*  **2:20-bk-16040-WB**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.7. **G Star Inc.** **599 Broadway** **Unit A 11th Floor** **New York, NY 10012** **Parent** | **7/30/2019** | **$223,615.35** | **Transfer** |
| 4.8. **G Star Inc.** **599 Broadway** **Unit A 11th Floor** **New York, NY 10012** **Parent** | **8/6/2019** | **$324,223.43** | **Transfer** |
| 4.9. **G Star Inc.** **599 Broadway** **Unit A 11th Floor** **New York, NY 10012** **Parent** | **8/14/2019** | **$413,857.62** | **Transfer** |
| 4.10 · **G Star Inc.** **599 Broadway** **Unit A 11th Floor** **New York, NY 10012** **Parent** | **8/15/2019** | **$91,780.37** | **Transfer** |
| 4.11 · **G Star Inc.** **599 Broadway** **Unit A 11th Floor** **New York, NY 10012** **Parent** | **8/29/2019** | **$749,500.30** | **Transfer** |
| 4.12 · **G Star Inc.** **599 Broadway** **Unit A 11th Floor** **New York, NY 10012** **Parent** | **9/9/2019** | **$430,344.00** | **Transfer** |
| 4.13 · **G Star Inc.** **599 Broadway** **Unit A 11th Floor** **New York, NY 10012** **Parent** | **9/11/2019** | **$219,609.28** | **Transfer** |
| 4.14 · **G Star Inc.** **599 Broadway** **Unit A 11th Floor** **New York, NY 10012** **Parent** | **9/16/2019** | **$200,000.21** | **Transfer** |
| 4.15 · **G Star Inc.** **599 Broadway** **Unit A 11th Floor** **New York, NY 10012** **Parent** | **9/17/2019** | **$83,619.41** | **Transfer** |
| 4.16 · **G Star Inc.** **599 Broadway** **Unit A 11th Floor** **New York, NY 10012** **Parent** | **9/19/2019** | **$67,544.78** | **Transfer** |

Debtor    **G-Star Raw Retail, Inc.**                                           Case number *(if known)*  **2:20-bk-16040-WB**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.17 · G Star Inc.<br>599 Broadway<br>Unit A 11th Floor<br>New York, NY 10012<br>Parent | 9/26/2019 | $399,169.93 | Transfer |
| 4.18 · G Star Inc.<br>599 Broadway<br>Unit A 11th Floor<br>New York, NY 10012<br>Parent | 10/1/2019 | $222,527.59 | Transfer |
| 4.19 · G Star Inc.<br>599 Broadway<br>Unit A 11th Floor<br>New York, NY 10012<br>Parent | 10/8/2019 | $217,120.75 | Transfer |
| 4.20 · G Star Inc.<br>599 Broadway<br>Unit A 11th Floor<br>New York, NY 10012<br>Parent | 10/11/2019 | $198,308.14 | Transfer |
| 4.21 · G Star Inc.<br>599 Broadway<br>Unit A 11th Floor<br>New York, NY 10012<br>Parent | 10/17/2019 | $392,847.67 | Transfer |
| 4.22 · G Star Inc.<br>599 Broadway<br>Unit A 11th Floor<br>New York, NY 10012<br>Parent | 10/22/2019 | $279,130.31 | Transfer |
| 4.23 · G Star Inc.<br>599 Broadway<br>Unit A 11th Floor<br>New York, NY 10012<br>Parent | 11/5/2019 | $243,304.31 | Transfer |
| 4.24 · G Star Inc.<br>599 Broadway<br>Unit A 11th Floor<br>New York, NY 10012<br>Parent | 11/6/2019 | $5,666.16 | Transfer |
| 4.25 · G Star Inc.<br>599 Broadway<br>Unit A 11th Floor<br>New York, NY 10012<br>Parent | 11/18/2019 | $597,268.22 | Transfer |
| 4.26 · G Star Inc.<br>599 Broadway<br>Unit A 11th Floor<br>New York, NY 10012<br>Parent | 11/21/2019 | $315,330.82 | Transfer |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | **G-Star Raw Retail, Inc.** | | Case number *(if known)* **2:20-bk-16040-WB** |
|---|---|---|---|

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.27<br>· | **G Star Inc.**<br>**599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **11/26/2019** | **$297,777.09** | **Transfer** |
| 4.28<br>· | **G Star Inc.**<br>**599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **11/29/2019** | **$173,794.49** | **Transfer** |
| 4.29<br>· | **G Star Inc.**<br>**599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **12/2/2019** | **$174,608.74** | **Transfer** |
| 4.30<br>· | **G Star Inc.**<br>**599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **12/3/2019** | **$523,571.60** | **Transfer** |
| 4.31<br>· | **G Star Inc.**<br>**599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **12/10/2019** | **$321,215.96** | **Transfer** |
| 4.32<br>· | **G Star Inc.**<br>**599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **12/16/2019** | **$424,050.74** | **Transfer** |
| 4.33<br>· | **G Star Inc.**<br>**599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **12/17/2019** | **$246,405.00** | **Transfer** |
| 4.34<br>· | **G Star Inc.**<br>**599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **12/18/2019** | **$92,354.69** | **Transfer** |
| 4.35<br>· | **G Star Inc.**<br>**599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **12/19/2019** | **$112,191.09** | **Transfer** |
| 4.36<br>· | **G Star Inc.**<br>**599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **12/24/2019** | **$333,272.83** | **Transfer** |

Debtor    **G-Star Raw Retail, Inc.**                                                Case number *(if known)*  **2:20-bk-16040-WB**

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.37 **G Star Inc.**<br>· **599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **1/2/2020** | **$945,753.42** | **Transfer** |
| 4.38 **G Star Inc.**<br>· **599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **1/6/2020** | **$68,554.84** | **Transfer** |
| 4.39 **G Star Inc.**<br>· **599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **1/8/2020** | **$247,087.50** | **Transfer** |
| 4.40 **G Star Inc.**<br>· **599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **1/10/2020** | **$246,684.46** | **Transfer** |
| 4.41 **G Star Inc.**<br>· **599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **1/14/2020** | **$199,393.50** | **Transfer** |
| 4.42 **G Star Inc.**<br>· **599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **1/17/2020** | **$174,062.99** | **Transfer** |
| 4.43 **G Star Inc.**<br>· **599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **1/24/2020** | **$390,053.99** | **Transfer** |
| 4.44 **G Star Inc.**<br>· **599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **1/28/2020** | **$224,341.79** | **Transfer** |
| 4.45 **G Star Inc.**<br>· **599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **2/3/2020** | **$220,890.67** | **Transfer** |
| 4.46 **G Star Inc.**<br>· **599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **2/12/2020** | **$294,557.33** | **Transfer** |

| Debtor | **G-Star Raw Retail, Inc.** | Case number *(if known)* | **2:20-bk-16040-WB** |
|---|---|---|---|

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.47 · **G Star Inc.**<br>**599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **2/14/2020** | **$174,039.55** | **Transfer** |
| 4.48 · **G Star Inc.**<br>**599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **2/19/2020** | **$297,099.72** | **Transfer** |
| 4.49 · **G Star Inc.**<br>**599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **2/21/2020** | **$172,586.47** | **Transfer** |
| 4.50 · **G Star Inc.**<br>**599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **2/26/2020** | **$268,093.83** | **Transfer** |
| 4.51 · **G Star Inc.**<br>**599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **3/5/2020** | **$134,487.04** | **Transfer** |
| 4.52 · **G Star Inc.**<br>**599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **3/10/2020** | **$268,400.21** | **Transfer** |
| 4.53 · **G Star Inc.**<br>**599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **3/12/2020** | **$249,040.46** | **Transfer** |
| 4.54 · **G Star Inc.**<br>**599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **3/18/2020** | **$250,138.86** | **Transfer** |
| 4.55 · **G Star Inc.**<br>**599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **4/7/2020** | **$67.01** | **Transfer** |
| 4.56 · **G Star Inc.**<br>**599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **4/9/2020** | **$36,300.00** | **Transfer** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **G-Star Raw Retail, Inc.** | | Case number *(if known)* **2:20-bk-16040-WB** |
|---|---|---|---|

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.57 **G Star Inc.**<br>· **599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **5/6/2020** | **$2,481.60** | **Transfer** |
| 4.58 **G Star Inc.**<br>· **599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **6/5/2020** | **$149,253.14** | **Transfer** |
| 4.59 **G Star Inc.**<br>· **599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **6/18/2020** | **$124,624.53** | **Transfer** |
| 4.60 **G Star Inc.**<br>· **599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **6/30/2020** | **$174,893.14** | **Transfer** |
| 4.61 **G Star Inc.**<br>· **599 Broadway**<br>**Unit A 11th Floor**<br>**New York, NY 10012**<br>**Parent** | **7/3/2020** | **$21,259.64** | **Transfer** |
| 4.62 **G-Star Raw CV**<br>· **Keienbergweg 100**<br>**Amsterdam, N  1101 GH**<br>**Parent** | **10/8/2019** | **$32,823.00** | **Transfer** |
| 4.63 **G-Star Raw CV**<br>**Keienbergweg 100**<br>**Amsterdam, N  1101 GH**<br>**Parent** | **3/13/2020** | **$61,724.00** | **Transfer** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

| Debtor | G-Star Raw Retail, Inc. | | Case number (if known) | 2:20-bk-16040-WB |

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Andrew Baracco V. G-Star RAW Retail, Inc.<br>Case No. 20STCV02358 | Civil Rights, Discrimination | CA Los Angeles Superior Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. Pineda v. G-Star Raw Retail Inc.<br>10202434; Federal Charge No. 16GB904116 | Employment | New York State Division of Human Rights | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. Windy Lucius v. G-Star Raw Retail Inc.<br>1:20-cv-22448-CMA | Civil Rights, Americans with Disabilities | US District Court for the Southern Distr | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| Inventory Lost Due to Looting | None | July 2020 | Unknown |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Debtor | **G-Star Raw Retail, Inc.** | | Case number *(if known)* **2:20-bk-16040-WB** |
|---|---|---|---|

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

| Debtor | **G-Star Raw Retail, Inc.** | | Case number *(if known)* | **2:20-bk-16040-WB** |
|---|---|---|---|---|

**Full Name**
**Address**
**Phone Number**
**Email**
**Gender**
**Date of Birth**

Does the debtor have a privacy policy about that information?

☐ No

■ Yes

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

---

| Debtor | **G-Star Raw Retail, Inc.** | Case number *(if known)* | **2:20-bk-16040-WB** |
|---|---|---|---|

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1.    **Andrew Sherman**
**599 Broadway, Unit A 11 Floor**
**New York, NY 10012** | |
| 26a.2.    **Friso Tiesinga**
**Joan Muyskenweg 39**
**zip code 1114 AN**
**Amterdam-Duivendrecht**
**The Netherlands** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | G-Star Raw Retail, Inc. | | Case number *(if known)* | **2:20-bk-16040-WB** |

| Name and address | Date of service From-To |
|---|---|
| 26a.3. | **Monique Bien** **Joan Muyskenweg 39** **zip code 1114 AN** **Amsterdam-Duivendrecht** **The Netherlands** | |
| 26a.4. | **August Corver** **Joan Muyskenweg 39** **zip code 1114 AN** **Amsterdam-Duivendrecht** **The Netherlands** | |
| 26a.5. | **Michael Korthouwer** **Joan Muyskenweg 39** **zip code 1114 AN** **Amsterdam-Duivendrecht** **The Netherlands** | |
| 26a.6. | **Robert Cox** **Joan Muyskenweg 39** **zip code 1114 AN** **Amsterdam-Duivendrecht** **The Netherlands** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **Marcum** **101 Eisenhower Parkway, 1st Floor** **Clifton, NJ 07015** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Marcum** **101 Eisenhower Parkway, 1st Floor** **Clifton, NJ 07015** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **Argo Pro** **413 West 14th Street, 3rd Floor** **New York, NY 10014** |
| 26d.2. | **Preit Services LLP** **2005 Market Street** **Suite 1000** **Philadelphia, PA 19103** |

| Debtor | **G-Star Raw Retail, Inc.** | | Case number *(if known)* **2:20-bk-16040-WB** |

| Name and address |
| --- |
| 26d.3. | **Simon Property Group**<br>**60 Columbia Road**<br>**Building B, 3rd Floor**<br>**Morristown, NJ 07960** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| 27.1. | 3/31/2019 | |

| Name and address of the person who has possession of inventory records |
| --- |
| **Outlet Desert Hills**<br>**48400 Seminole Dr. Unit 508**<br>**Cabazon, CA 92230** |

| | | |
| --- | --- | --- |
| 27.2. | 10/9/2019 | |

| Name and address of the person who has possession of inventory records |
| --- |
| **Outlet Desert Hills**<br>**48400 Seminole Dr. Unit 508**<br>**Cabazon, CA 92230** |

| | | |
| --- | --- | --- |
| 27.3. | 3/31/2019 | |

| Name and address of the person who has possession of inventory records |
| --- |
| **Clarksburg Premium Outlets**<br>**22705 Clarksburg Rd**<br>**Suite 326**<br>**Clarksburg, MD 80023** |

| | | |
| --- | --- | --- |
| 27.4. | 10/7/2019 | |

| Name and address of the person who has possession of inventory records |
| --- |
| **Clarksburg Premium Outlets**<br>**22705 Clarksburg Rd**<br>**Suite 326**<br>**Clarksburg, MD 80023** |

| Debtor | **G-Star Raw Retail, Inc.** | | Case number *(if known)*  **2:20-bk-16040-WB** |

| | **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|---|
| 27.5. | | **2/17/2020** | |
| | **Name and address of the person who has possession of inventory records** | | |
| | **270 Lafayette (SOHO)** <br> **270 Lafayette Street** <br> **New York,  N 10012** | | |
| 27.6. | | **2/17/2020** | |
| | **Name and address of the person who has possession of inventory records** | | |
| | **441 Broadway (Lower Broadway)** <br> **441 Broadway** <br> **NY, NY 10013** | | |
| 27.7. | | **4/10/2019** | |
| | **Name and address of the person who has possession of inventory records** | | |
| | **5th Avenue** <br> **475 5th Ave** <br> **NY, NY 10017** | | |
| 27.8. | | **10/17/2019** | |
| | **Name and address of the person who has possession of inventory records** | | |
| | **5th Avenue** <br> **475 5th Ave** <br> **NY, NY 10017** | | |
| 27.9. | | **2/17/2020** | |
| | **Name and address of the person who has possession of inventory records** | | |
| | **Aventura** <br> **1926 Aventura Mall** <br> **19501 Biscayne Boulevard** <br> **Aventura, FL 33180** | | |
| 27.10. | | **4/10/2019** | |
| | **Name and address of the person who has possession of inventory records** | | |
| | **Beverly Center** <br> **8500 Beverly Boulevard** <br> **Unit 6-6th Floor 665** <br> **Los Angeles, CA 90048** | | |

Debtor    **G-Star Raw Retail, Inc.**                                    Case number *(if known)*    **2:20-bk-16040-WB**

| | **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|---|
| 27.1 1. | | 10/17/2019 | |

**Name and address of the person who has possession of inventory records**

Beverly Center
8500 Beverly Boulevard
Unit 6-6th Floor 665
Los Angeles, CA 90048

| | | **Date of inventory** | |
|---|---|---|---|
| 27.1 2. | | 4/10/2019 | |

**Name and address of the person who has possession of inventory records**

Cherry Hill
2000 Rt. 38 Unit 1015
Cherry Hill, NJ 8002

| | | **Date of inventory** | |
|---|---|---|---|
| 27.1 3. | | 10/17/2019 | |

**Name and address of the person who has possession of inventory records**

Cherry Hill
2000 Rt. 38 Unit 1015
Cherry Hill, NJ 8002

| | | **Date of inventory** | |
|---|---|---|---|
| 27.1 4. | | 3/31/2019 | |

**Name and address of the person who has possession of inventory records**

Denver
13801 Grant Street
Unit 260
Thorton, CO 80023

| | | **Date of inventory** | |
|---|---|---|---|
| 27.1 5. | | 10/7/2019 | |

**Name and address of the person who has possession of inventory records**

Denver
13801 Grant Street
Unit 260
Thorton, CO 80023

| | | **Date of inventory** | |
|---|---|---|---|
| 27.1 6. | | 4/10/2019 | |

**Name and address of the person who has possession of inventory records**

Detroit
1419 Woodward Avenue
Detroit,  M 70130

| Debtor | **G-Star Raw Retail, Inc.** | | Case number *(if known)* | **2:20-bk-16040-WB** |

| | **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|---|
| 27.17. | | **10/17/2019** | |
| | **Name and address of the person who has possession of inventory records** | | |
| | **Detroit**<br>**1419 Woodward Avenue**<br>**Detroit,  M 70130** | | |
| 27.18. | | **4/10/2019** | |
| | **Name and address of the person who has possession of inventory records** | | |
| | **Garden State Plaza**<br>**1 Garden State Plaza Unit D1A**<br>**Level 2**<br>**Paramus,  N 7652** | | |
| 27.19. | | **10/17/2019** | |
| | **Name and address of the person who has possession of inventory records** | | |
| | **Garden State Plaza**<br>**1 Garden State Plaza Unit D1A**<br>**Level 2**<br>**Paramus,  N 7652** | | |
| 27.20. | | **4/10/2019** | |
| | **Name and address of the person who has possession of inventory records** | | |
| | **Houston**<br>**5085 Westheimer Rd**<br>**Galleria Mall Unit B3587**<br>**Houston, TX 77056** | | |
| 27.21. | | **10/17/2019** | |
| | **Name and address of the person who has possession of inventory records** | | |
| | **Houston**<br>**5085 Westheimer Rd**<br>**Galleria Mall Unit B3587**<br>**Houston, TX 77056** | | |

Debtor    **G-Star Raw Retail, Inc.**                                   Case number *(if known)*   **2:20-bk-16040-WB**

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.2 2. | | **4/10/2019** | |

**Name and address of the person who has possession of inventory records**

**Jersey City**
**30 Mall Drive West**
**Unit B41**
**Jersey City,  N 7310**

| | | Date of inventory | |
|---|---|---|---|
| 27.2 3. | | **10/17/2019** | |

**Name and address of the person who has possession of inventory records**

**Jersey City**
**30 Mall Drive West**
**Unit B41**
**Jersey City,  N 7310**

| | | | |
|---|---|---|---|
| 27.2 4. | | **2/17/2020** | |

**Name and address of the person who has possession of inventory records**

**King of Prussia**
**324 Mall Blvd**
**King of Prussia, PA 19406**

| | | | |
|---|---|---|---|
| 27.2 5. | | **4/10/2019** | |

**Name and address of the person who has possession of inventory records**

**Las Vegas**
**3200 Las Vegas Blvd. South**
**Fashion Show Mall Unit 2015**
**Las Vegas,  N 89109**

| | | | |
|---|---|---|---|
| 27.2 6. | | **10/17/2019** | |

**Name and address of the person who has possession of inventory records**

**Las Vegas**
**3200 Las Vegas Blvd. South**
**Fashion Show Mall Unit 2015**
**Las Vegas,  N 89109**

Debtor    **G-Star Raw Retail, Inc.**                                    Case number *(if known)*    **2:20-bk-16040-WB**

| | **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|---|
| 27.27. | | **3/31/2019** | |

**Name and address of the person who has possession of inventory records**

**Las Vegas Outlet**
**875 South Grand Central Parkway**
**Unit 3115**
**Las Vegas,  N 89106**

| | | | |
|---|---|---|---|
| 27.28. | | **10/6/2019** | |

**Name and address of the person who has possession of inventory records**

**Las Vegas Outlet**
**875 South Grand Central Parkway**
**Unit 3115**
**Las Vegas,  N 89106**

| | | | |
|---|---|---|---|
| 27.29. | | **4/9/2019** | |

**Name and address of the person who has possession of inventory records**

**Melrose**
**7966 Melrose Avenue**
**Los Angeles,  C 90048**

| | | | |
|---|---|---|---|
| 27.30. | | **10/17/2019** | |

**Name and address of the person who has possession of inventory records**

**Melrose**
**7966 Melrose Avenue**
**Los Angeles,  C 90048**

| | | | |
|---|---|---|---|
| 27.31. | | **10/9/2019** | |

**Name and address of the person who has possession of inventory records**

**Nashville**
**2126 Abbott Martin Rd**
**Unit E-217**
**Nashville,  T 37215**

| | | | |
|---|---|---|---|
| 27.32. | | **4/10/2019** | |

**Name and address of the person who has possession of inventory records**

**New Orleans**
**333 Canal Street**
**Unit 113**
**New Orleans,  L 70130**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

Debtor    **G-Star Raw Retail, Inc.**                                    Case number *(if known)*  **2:20-bk-16040-WB**

| | **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|---|
| 27.3 3. | | **10/9/2019** | |

**Name and address of the person who has possession of inventory records**

**New Orleans
333 Canal Street
Unit 113
New Orleans,  L 70130**

| | | **Date of inventory** | |
|---|---|---|---|
| 27.3 4. | | **4/10/2019** | |

**Name and address of the person who has possession of inventory records**

**Newport Beach
1013 Newport Center Drive
Newport Beach,  C 92660**

| | | **Date of inventory** | |
|---|---|---|---|
| 27.3 5. | | **10/17/2019** | |

**Name and address of the person who has possession of inventory records**

**Newport Beach
1013 Newport Center Drive
Newport Beach,  C 92660**

| | | **Date of inventory** | |
|---|---|---|---|
| 27.3 6. | | **4/10/2019** | |

**Name and address of the person who has possession of inventory records**

**Pittsburgh
1000 Ross Park Mall Drive
Unit G04A
Pittsburgh,  P 15237**

| | | **Date of inventory** | |
|---|---|---|---|
| 27.3 7. | | **10/17/2019** | |

**Name and address of the person who has possession of inventory records**

**Pittsburgh
1000 Ross Park Mall Drive
Unit G04A
Pittsburgh,  P 15237**

| | | **Date of inventory** | |
|---|---|---|---|
| 27.3 8. | | **4/10/2019** | |

**Name and address of the person who has possession of inventory records**

**Rodeo
421 North Rodeo Drive
Beverly Hills,  C 90210**

Debtor    **G-Star Raw Retail, Inc.**

Case number *(if known)*    **2:20-bk-16040-WB**

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.39. | | **10/17/2019** | |

**Name and address of the person who has possession of inventory records**

**Rodeo**
**421 North Rodeo Drive**
**Beverly Hills,  C 90210**

| | | | |
|---|---|---|---|
| 27.40. | | **4/9/2019** | |

**Name and address of the person who has possession of inventory records**

**Sacramento**
**1689 Arden Way**
**Arden Fair**
**Level 1 Unit # 1286**
**Sacramento,  C 95815**

| | | | |
|---|---|---|---|
| 27.41. | | **10/10/2019** | |

**Name and address of the person who has possession of inventory records**

**Sacramento**
**1689 Arden Way**
**Arden Fair**
**Level 1 Unit # 1286**
**Sacramento,  C 95815**

| | | | |
|---|---|---|---|
| 27.42. | | **4/10/2019** | |

**Name and address of the person who has possession of inventory records**

**San Fran Geary**
**76 Geary Street**
**San Francisco,  C 94108**

| | | | |
|---|---|---|---|
| 27.43. | | **10/9/2019** | |

**Name and address of the person who has possession of inventory records**

**San Fran Geary**
**76 Geary Street**
**San Francisco,  C 94108**

| Debtor | **G-Star Raw Retail, Inc.** | | Case number *(if known)* **2:20-bk-16040-WB** |

|  | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.4 4. |  | **4/7/2019** |  |
|  | **Name and address of the person who has possession of inventory records**<br>**San Francisco Outlet**<br>**3526 Livermore Outlets Drive**<br>**Unit 1225**<br>**Livermore,  C 94551** |  |  |
| 27.4 5. |  | **10/6/2019** |  |
|  | **Name and address of the person who has possession of inventory records**<br>**San Francisco Outlet**<br>**3526 Livermore Outlets Drive**<br>**Unit 1225**<br>**Livermore,  C 94551** |  |  |
| 27.4 6. |  | **4/17/2019** |  |
|  | **Name and address of the person who has possession of inventory records**<br>**Santa Clara**<br>**2855 Stevens Creek Boulevard**<br>**Suite #2311**<br>**Santa Clara,  C 95050** |  |  |
| 27.4 7. |  | **10/17/2019** |  |
|  | **Name and address of the person who has possession of inventory records**<br>**Santa Clara**<br>**2855 Stevens Creek Boulevard**<br>**Suite #2311**<br>**Santa Clara,  C 95050** |  |  |
| 27.4 8. |  | **4/10/2019** |  |
|  | **Name and address of the person who has possession of inventory records**<br>**Santa Monica**<br>**395 Santa Monica Place**<br>**Suite 166**<br>**Santa Monica,  C 90401** |  |  |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **G-Star Raw Retail, Inc.** | | | Case number *(if known)*  **2:20-bk-16040-WB** |

| | **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|---|
| 27.49. | | **10/18/2019** | |

**Name and address of the person who has possession of inventory records**

**Santa Monica**
**395 Santa Monica Place**
**Suite 166**
**Santa Monica,  C 90401**

| | | | |
|---|---|---|---|
| 27.50. | | **4/10/2019** | |

**Name and address of the person who has possession of inventory records**

**White Plains**
**125 Westchester Ave**
**Unit 2480**
**White Plains,  N 10601**

| | | | |
|---|---|---|---|
| 27.51. | | **10/17/2019** | |

**Name and address of the person who has possession of inventory records**

**White Plains**
**125 Westchester Ave**
**Unit 2480**
**White Plains,  N 10601**

| | | | |
|---|---|---|---|
| 27.52. | | **4/10/2019** | |

**Name and address of the person who has possession of inventory records**

**Williamsburg**
**118 N 4th Street**
**Brooklyn,  N 11249**

| | | | |
|---|---|---|---|
| 27.53. | | **10/17/2019** | |

**Name and address of the person who has possession of inventory records**

**Williamsburg**
**118 N 4th Street**
**Brooklyn,  N 11249**

| | | | |
|---|---|---|---|
| 27.54. | | **3/31/2019** | |

**Name and address of the person who has possession of inventory records**

**Woodbury**
**498 Red Apple Ct**
**Central Valley,  N 10917**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor    **G-Star Raw Retail, Inc.**                                      Case number *(if known)*  **2:20-bk-16040-WB**

| 27.5 5. | Name of the person who supervised the taking of the inventory | Date of inventory 10/7/2019 | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Woodbury**<br>**498 Red Apple Ct**<br>**Central Valley,  N 10917** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Robert Jaap Schilder** | **599 Broadway**<br>**Unit A**<br>**11th Fl**<br>**New York, NY 10012** | **Director/Vice President** | |
| **Robert Cox** | **599 Broadway**<br>**Unit A**<br>**11th Fl**<br>**New York, NY 10012** | **Director/Vice President** | |
| **Kathleen Kundar** | **599 Broadway**<br>**Unit A**<br>**11th Fl**<br>**New York, NY 10012** | **Secretary** | |
| **Nicole Clayton** | **599 Broadway**<br>**Unit A**<br>**11th Fl**<br>**New York, NY 10012** | **Chief Executive Officer** | |
| **G-Star, Inc.** | **599 Broadway, Unit A 11 Floor**<br>**New York, NY 10012** | **100% Shareholder** | **100** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

Debtor    G-Star Raw Retail, Inc.                                    Case number *(if known)*   2:20-bk-16040-WB

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Name of the parent corporation                                    Employer Identification number of the parent corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Name of the pension fund                                    Employer Identification number of the parent corporation

| Part 14: | Signature and Declaration |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    07/31/2020

_____         **Nicole Clayton**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **CEO and General Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes