Aram Ordubegian (SBN 185142)
M. Douglas Flahaut (SBN 245558)
Christopher K.S. Wong (SBN 308048)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:    213.629.7400
Facsimile:    213.629.7401
aram.ordubegian@arentfox.com
douglas.flahaut@arentfox.com
christopher.wong@arentfox.com

*Proposed* General Bankruptcy and Restructuring Counsel for Debtors and Debtors-In-Possession

FILED & ENTERED

AUG 19 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>**G-STAR RAW RETAIL INC.**, a Delaware corporation,<br>    Debtor and Debtor-in-Possession. | Lead Case No.: 2:20-bk-16040-WB<br>Chapter 11 |
| In re<br>**G-STAR INC.**, a Delaware corporation,<br>    Debtor and Debtor-in-Possession. | Jointly Administered with<br>Case No.: 2:20-bk-16041-WB<br>**ORDER AUTHORIZING THE EMPLOYMENT OF RYNIKER CONSULTANTS LLC AS FINANCIAL ADVISOR EFFECTIVE AS OF JULY 3, 2020**<br>*[No Hearing Required Unless Requested Pursuant to Local Bankr. R. 2014-1(b)]* |
| [x] Affects both Debtors.<br>[ ] Affects G-Star Raw Retail Inc. only<br>[ ] Affects G-Star Inc. only.<br>    Debtors and Debtors-in-Possession. | |

**IN THIS DISTRICT, AT LOS ANGELES, CALIFORNIA, ON THE DATE INDICATED BELOW:**

The Court has reviewed and considered the *Debtors and Debtors-in-possessions' Application for an Order Authorizing the Employment of Ryniker Consultants LLC As Financial Advisor Effective As of July 3, 2020* [Dkt. No. 53] (the "Application") filed by the above-captioned debtors and debtors-in-possession (the "Debtors"), wherein the Debtors sought to employ Ryniker

AFDOCS/16442287.1

- 1 -

1  Consultants LLC (the "Ryniker") as their financial advisor pursuant to 11 U.S.C. § 327 and Federal
2  Rule of Bankruptcy Procedure 2014. No objection to the Application has been filed.
3      After considering the Application; the declarations of Nicole Clayton and Brian Ryniker as
4  in support of the Application; the *Declaration that No Party Requested a Hearing on the Motion*;
5  and the record in these cases, the Court finds that: (1) the Ryniker does not hold or represent any
6  interest adverse to the Debtors with respect to the matters for which it is being retained and is a
7  "disinterested person" as that phrase is defined in 11 U.S.C. § 101(14); (2) employment of Ryniker
8  for the purposes set forth in the Application is in the best interest of the estates and creditors; (3)
9  notice of the Application was adequate and appropriate under the particular circumstances and no
10 other notice need be given; (4) no hearing on the Application is required; and (5) other good and
11 sufficient cause exists for granting the relief requested in the Application. Based on the forgoing,
12 **IT IS HEREBY ORDERED THAT:**
13 1.    The Application is APPROVED in its entirety.
14 2.    The Debtors are authorized to employ Ryniker as their financial advisor for the
15 purposes and on the terms set forth in the Application, effective as of July 3, 2020, with
16 compensation that is at the expense of the above-captioned estates and in such amount as this Court
17 may hereafter allow pursuant to 11 U.S.C. § 330.
18     ###

24  Date: August 19, 2020

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge

AFDOCS/16442287.1

- 2 -