1  Aram Ordubegian (SBN 185142)
   M. Douglas Flahaut (SBN 245558)
2  Christopher K.S. Wong (SBN 308048)
   **ARENT FOX LLP**
3  555 West Fifth Street, 48th Floor
   Los Angeles, CA  90013-1065
4  Telephone:    213.629.7400
   Facsimile:     213.629.7401
5  aram.ordubegian@arentfox.com
   douglas.flahaut@arentfox.com
6  christopher.wong@arentfox.com

7  General Bankruptcy and Restructuring Counsel
   for Debtors and Debtors-In-Possession
8

9              UNITED STATES BANKRUPTCY COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11                    LOS ANGELES DIVISION

12  In re

13  **G-STAR RAW RETAIL INC.**, a Delaware    Lead Case No.: 2:20-bk-16040-WB
    corporation,
14                                             Chapter 11
          Debtor and Debtor-in-Possession.
15
    -------------------------------------------
16                                             Jointly Administered with
    In re                                      Case No.: 2:20-bk-16041
17
    **G-STAR INC.**, a Delaware corporation,   **NOTICE OF CONFIRMATION
18                                             HEARING AND DEADLINES
          Debtor and Debtor-in-Possession.     RELATED THE DEBTORS' JOINT
19                                             PLAN OF REORGANIZATION**

20  _____
                                               Confirmation Hearing
21  [x] Affects both Debtors.                  Date:    October 8, 2020
    [ ] Affects G-Star Raw Retail Inc. only.   Time:    10:00 a.m.
22  [ ] Affects G-Star Inc. only.              Place:   Courtroom 1375
                                                        255 E. Temple St.,
23                                                      Los Angeles, CA 90012
          Debtors and Debtors-in-Possession.
24

25

26

27

28

ARENT FOX LLP
ATTORNEYS AT LAW
  LOS ANGELES      AFDOCS/16643260.1

**TO THE HONORABLE JULIA W. BRAND, UNITED STATES BANKRUTPCY JUDGE; AND INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that a hearing (the "Confirmation Hearing") to consider confirmation of the *Debtors' Joint Chapter 11 Plan of Reorganization Dated August 27, 2020* (the "Joint Plan") has been scheduled for October 8, 2020 at 10:00 a.m. (Pacific Time) before the Honorable Julia W. Brand, United States Bankruptcy Judge, in Courtroom 1375 at the United States Bankruptcy Court located at 255 E. Temple St., Los Angeles, CA 90012 (the "Bankruptcy Court").[1] The Confirmation Hearing may be continued from time to time without further notice to parties-in-interest. Additionally, the Joint Plan may be modified, pursuant to Section 1193 of the Bankruptcy Code, prior to or as a result of the Confirmation Hearing, without further notice to parties-in-interest.

**PLEASE TAKE FURTHER NOTICE** that any objection to confirmation of the Joint Plan must comply with the Local Rules of the United States Bankruptcy Court for the Central District of California and must be filed with the Bankruptcy Court and served on the Office of the United States Trustee, the Subchapter V Trustee, and the Reorganization Counsel. If you fail to file a written objection to confirmation of the Joint Plan on or before September 24, 2020, the Court may deem such failure as a waiver of your right to oppose confirmation and as your consent to the terms of the Joint Plan.

**PLEASE TAKE FURTHER NOTICE** that the following plan-related deadlines have been set by the Court pursuant to its *Scheduling Order Setting Plan Confirmation Hearing and Related Deadlines* [Dkt. No. 79]:

| Event | Date |
|---|---|
| Last Day for Objections to Plan Confirmation | September 24, 2020 |
| Last Day For a Secured Creditor to Make an Election under Section 1111(b) of the Bankruptcy Code | September 24, 2020 |

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Joint Plan.

| | |
|---|---|
| Last Day for Holders of Claims and Interests to Return Ballots | September 28, 2020 |
| Last Day to Submit Ballot Summary Report | October 1, 2020 |
| Last Day to File Brief in Support of Confirmation | October 1, 2020 |
| Confirmation Hearing | October 8, 2020, 10:00 a.m. (Pacific Time) |

**PLEASE TAKE FURTHER NOTICE** that a copy of the Joint Plan is being served concurrently herewith, and if you wish to receive an additional copy of the Joint Plan or a copy of any other relevant filing or document related to the Joint Plan, you may request such document by contacting Douglas Flahaut at the address found in the upper left hand corner of this notice by e-mail at douglas.flahaut@arentfox.com.

Dated: August 27, 2020              **ARENT FOX LLP**

By: */s/ Christopher K.S. Wong*
Aram Ordubegian
M. Douglas Flahaut
Christopher K.S. Wong
General Bankruptcy and Restructuring Attorneys for Debtors and Debtors-in-Possession

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

-2-

AFDOCS/16643260.1