Aram Ordubegian (SBN 185142)
M. Douglas Flahaut (SBN 245558)
Christopher K.S. Wong (SBN 308048)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:   213.629.7400
Facsimile:   213.629.7401
aram.ordubegian@arentfox.com
douglas.flahaut@arentfox.com
christopher.wong@arentfox.com

General Bankruptcy and Restructuring Counsel
for Debtors and Debtors-In-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**G-STAR RAW RETAIL INC.**, a Delaware corporation,<br><br>       Debtor and Debtor-in-Possession.<br><br>-------------------------------------------------------<br><br>In re<br><br>**G-STAR INC.**, a Delaware corporation,<br><br>       Debtor and Debtor-in-Possession.<br><hr><br>[x] Affects both Debtors.<br>[ ] Affects G-Star Raw Retail Inc. only<br>[ ] Affects G-Star Inc. only.<br><br>       Debtors and Debtors-in-Possession. | Lead Case No.: 2:20-bk-16040-WB<br><br>Chapter 11<br><br><br>Jointly Administered with<br>Case No.: 2:20-bk-16041-WB<br><br>**NOTICE OF FILING OF EXHIBITS 1 THROUGH 6 TO DEBTORS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED AUGUST 27, 2020**<br><br><u>Confirmation Hearing</u><br>Date:    October 8, 2020<br>Time:    10:00 a.m. (Pacific Time)<br>Place:   Courtroom 1375<br>         255 E. Temple St.,<br>         Los Angeles, CA 90012 |

1       **TO THE HONORABLE JULIA W. BRAND, UNITED STATES BANKRUPTCY**

2   **JUDGE; AND ALL INTERESTED PARTIES:**

3       **PLEASE TAKE NOTICE** that attached hereto are Exhibits 1 through 6 to *Debtors' Joint*

4   *Chapter 11 Plan Of Reorganization Dated August 27, 2020* [Dkt. No. 98].

5

6

7   Dated: September 16, 2020

                                                      **ARENT FOX LLP**

8

9                                     By: */s/ Christopher K.S. Wong*

10                                      Aram Ordubegian

                                    M. Douglas Flahaut

11                                      Christopher K.S. Wong

12                                      General Bankruptcy and Restructuring
                                    Attorneys for Debtors and Debtors-in-

13                                      Possession

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/22872442.1

# EXHIBIT 1

# EXHIBIT 1

## Liquidation Analysis

| | Est Liquidation % | | G-Star Inc | | G-Star Raw Retail Inc | | Note |
|---|---|---|---|---|---|---|---|
| | Inc | Retail | Book Value | Est Liquidation Value | Book Value | Est Liquidation Value | |
| **Cash** | 100% | 100% | $ 2,857,310 | $ 2,857,310 | $ 2,038,738 | $ 2,038,738 | |
| Inventories (NOLV) | 70% | 80% | 10,059,547 | 7,041,683 | 3,175,507 | 2,540,405 | A |
| Trade Receivables | 75% | 75% | 4,606,568 | 3,454,926 | - | - | B |
| Intercompany Receivable- Debt- Pre | 0% | 0% | 9,595,621 | - | - | - | C |
| Intercompany Receivable- Debtors- Post | 100% | 0% | 1,214,318 | 1,214,318 | - | - | C |
| Non-Debtors | 100% | 100% | 722,240 | 722,240 | 143,854 | 143,854 | C |
| G-Star Raw eStore Inc. | 100% | 0% | - | - | - | - | D |
| Other | 0% | 0% | 234,880 | - | 2,865,515 | - | E |
| **Estimated Proceeds from Liquidation of Assets** | | | 29,290,483 | 15,290,476 | 8,223,614 | 4,722,997 | |
| **Administrative Claims** | | | | | | | |
| Accounts Payable Post-Petition | 100% | 100% | 1,500,000 | 1,500,000 | 1,200,000 | 1,200,000 | G |
| Due to Parent | 100% | 100% | 2,641,707 | 2,641,707 | 1,214,318 | 1,214,318 | H |
| Chapter 7 Trustee Fees | 100% | 100% | 458,714 | 458,714 | 141,690 | 141,690 | I |
| Chapter 7 Trustee Professional Fees | 100% | 100% | 200,000 | 200,000 | 200,000 | 200,000 | I |
| Chapter 11 Professional Fees | 100% | 100% | 200,000 | 200,000 | 200,000 | 200,000 | J |
| Winddown Costs | 100% | 100% | 250,000 | 250,000 | 400,000 | 400,000 | K |
| Employee Costs | 100% | 100% | 100,000 | 100,000 | 50,000 | 50,000 | K |
| **Net Proceeds Available after Administrative Claims** | | | | 9,940,055 | | 1,316,990 | |
| **Priority Claims** | | | | | | | |
| Priority Tax Claims | 100% | 100% | 900,000 | 900,000 | 200,000 | 200,000 | L |
| **Net Proceeds Available to Unsecured Creditors** | | | | 9,040,055 | | 1,116,990 | |
| **Unsecured Claims** | | | | | | | |
| General Unsecured Claims- G Star | 0% | 59% | 23,148,448 | 5,289,009 | 49% 12,906,567 | 995,041 | M |
| General Unsecured Claims | 0% | 41% | 16,417,232 | 3,751,046 | 51% 13,470,405 | 570,433 | N |
| | 0% | 100% | $39,565,679 | $ 9,040,055 | 100% $26,376,973 | $ 1,565,475 | |
| **Available for 3rd Party Debt** | | | | $ 3,751,046 | | $ 570,433 | |
| **Percentage return to Unsecured Creditors** | | | | 23% | | 6% | |
| **Available for 3rd Party Debt** | With markup | 25% | | $ 4,688,807 | | $ 713,042 | |

**Notes:**

General- All balances are as of August 31, 2020 unless otherwise noted

A.       Inventory - Net inventory recovery is based in part on estimates and inventory oversupply due to store closures.  The debtors believe the estimated liquidation values set forth here are generous and they assume orderly retail sales of such inventory at discounted rates.  As such, if a chapter 7 trustee was forced to liquidate this inventory quickly in today's market the actual value received for such inventory could likely be significantly less than the amounts estimated here.  As such, the Debtors reserve all rights to adjust the discount applied here if the Debtors deem it appropriate.

B.	Accounts Receivable - Represents primarily wholesale accounts and is estimated to be 75% collectable.

C.	Intercompany Receivables - Assumes a recovery for G-Star Inc. from G-Star Raw Retail Inc. post petition amounts due.  Assumes no recovery from pre-petition claims.  Assumes receivables from non-Debtors are fully collectable.

D.	G-Star Raw eStore Inc.- Represents Debtors interest in non-debtor subsidiary which has not assets.

E.	Fixed Assets - The balance is the actual balance as of 8/31/2020. No minimal recovery has been provided since most of the fixed assets are leasehold improvements.

F.	Other- Includes furniture, fixtures and equipment, loans receivable and prepaid expenses

G.	Represents July/ August administrative rent

H.	Represents post-petition amounts due to G-Star Raw C.V. primarily related to inventory purchases.

I.	Trustee Expenses - A recovery estimate of 3% of gross proceeds is assumed for trustee fees and trustee professional amount is estimated.

J.	Estimated unpaid administrative professional fees

K.	Winddown/Employee Costs- represents estimated expenses to liquidate remaining stores.

L.	Priority Tax Claims- represents estimated corporate income taxes and unpaid sales taxes

M.	General Unsecured Claims- G Star- Includes amounts due to G Star Raw C.V. and G-Star Inc. Includes intercompany payables and amounts due under LC guarantees.

N.	General Unsecured Claims - The balance represents the total from Schedule F of the Schedule of Assets & Liabilities filed with the Court on 7/31/20 and includes additional estimated contract rejection and litigation damages.

# EXHIBIT 2

**EXHIBIT 2**

**Plan Projections**

## Disposable Income Analysis Assumptions

### General
- Disposable Income for G-Star Inc. and G-Star Raw Retail Inc. is governed by the Debtors' Distribution and Licensing agreements with G-Star Raw C.V. and G-Star Inc., respectively governing transfer pricing amounts.
  - Pursuant to the G-Star Inc. Distribution agreement with G-Star Raw C.V. the operating profit margin is determined at arms-length basis. This is  defined as a maximum of 4.5% percent of net sales. For purposes of calculating operating profit,  G-Star Raw C.V. has consented to committing the maximum percentage of revenue under the terms of the agreement, though the agreement itself is subject to adjustment pursuant to agreed-upon metrics and arms length principles.
  - Pursuant to the G-Star Retail Inc. Distribution agreement with G-Star Raw C.V. the operating profit margin is determined at arms-length basis. This is  defined as a maximum of 3.5% percent of net sales. For purposes of calculating operating profit,  G-Star Raw C.V. has consented to committing the maximum percentage of revenue under the terms of the agreement, though the agreement itself is subject to adjustment pursuant to agreed-upon metrics and arms length principles.

### G-Star Inc.
Wholesale
- Year 1 is projected to be approximately 40% lower than calendar 2019
  - The decrease is driven by a reduction in Wholesale accounts due to COVID (reduce buying, potential closures, etc)
- During Year 2 and 3 sales are projected to rebound and Years 4 and 5 assume 3% growth each year

Net Sales- Intercompany
- G-Star Raw eStore Inc. ("eComm")  is a non-debtor affiliate of G-Star Inc.
- Sales from eComm are included in the calculation of disposable income.
- Sales for eComm are forecast to grow 20% each year

### G-Star Raw Retail Inc.
- Projections are based on baseline 2019 sales (pre-Covid).
- Assumes 5% growth each year for all stores
- Does not include any new store openings or pop up stores.
- In the event G-Star Inc. is unable to successfully assign leases to G-Star Raw Retail Inc. pursuant to the plan and shuts down retail stores, G-Star Raw Retail Inc. intends to open additional outlet stores to maintain its retail footprint

5

# G-Star Inc.

| *000's* | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Total |
|---|---|---|---|---|---|---|
| Net Sales | $ 15,671 | $ 18,977 | $ 22,287 | $ 22,955 | $ 23,644 | $ 103,534 |

**Pursuant to Transfer Pricing Agreement**

| *000's* | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Total |
|---|---|---|---|---|---|---|
| Net Sales- 4.5% | $ 705 | $ 854 | $ 1,003 | $ 1,033 | $ 1,064 | $ 4,659 |
| Net Sales- Interco- 4.5% | 417 | 485 | 566 | 662 | 776 | 2,907 |
| Total | 1,123 | 1,339 | 1,569 | 1,695 | 1,840 | 7,566 |
| Taxes | 337 | 402 | 471 | 509 | 552 | 2,270 |
| CAPEX | 100 | - | - | - | - | 100 |
| **Disposable Income** | $ **686** | $ **937** | $ **1,098** | $ **1,187** | $ **1,288** | $ **5,196** |

# G-Star Raw Retail, Inc.

| *000's* | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Total |
|---|---|---|---|---|---|---|
| Net Sales | $ 9,205 | $ 9,665 | $ 10,148 | $ 10,656 | $ 11,188 | $ 50,862 |

**Pursuant to Transfer Pricing Agreement**

| *000's* | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Total |
|---|---|---|---|---|---|---|
| Net Sales- 3.5% | $ 322 | $ 338 | $ 355 | $ 373 | $ 392 | $ 1,780 |
| Taxes | 97 | 101 | 107 | 112 | 117 | 534 |
| **Disposable Income** | $ **226** | $ **237** | $ **249** | $ **261** | $ **274** | $ **1,246** |

# EXHIBIT 3

**EXHIBIT 3**

**G-Star Raw Retail Inc. – Schedule of Leases and Executory Contracts to Be Assumed**

| Party | Description | Cure Amount | Notes |
|---|---|---|---|
| Melrose Heights, LLC | Lease of Real Property Located at 7966 Melrose Avenue, Los Angeles, CA 90048 | $69,952.00 | |
| Rodeo Collection Ltd | Lease of Real Property Located at 421 North Rodeo Drive, Beverly Hills, CA 90210 | $260,832.00 | |
| Fashion Centre Mall, LLC | Lease of Real Property Located at 1100 S Hayes St, Room E05E, Arlington VA 22202 | $87,208.00 | |
| King of Prussia Associates | Lease of Real Property Located at 324 Mall Blvd, King of Prussia, PA 19406 | $96,132.00 | |
| Westland Garden State Plaza LP | Lease of Real Property Located at 1 Garden State Plaza Unit D1A, Level 2, Paramus, NJ 07652 | $106,896.00 | |
| HG Galleria, LLC | Lease of Real Property Located at 5085 Westheimer Rd, Galleria Mall Unit B3587, Houston TX 77056 | $129,536.00 | |
| Wilson Canal Place II LLC | Lease of Real Property Located at 333 Canal Street, Unit 113, New Orleans, LA 70130 | None. | This lease was initially rejected per order entered as Dkt. No. 72. Subsequently the parties have reached an agreement re a modification such that the Debtor will be filing a stipulation to vacate the rejection order solely as to this lease so that it can be |

7

| | | | |
|---|---|---|---|
| | | | modified.  The Debtor intends only to assume the lease as modified. |
| UPS United Parcel Service | Shipping | $1,018.00 | |
| Johnson Controls Security Solutions | Security Agreement for Premises Located at 324 Mall Blvd, King of Prussia, PA 19406 | TBD | |
| Johnson Controls Security Solutions | Security Agreement for Premises Located at 333 Canal Street, Unit 113, New Orleans, LA 70130 | TBD | |
| Johnson Controls Security Solutions | Security Agreement for Premises Located at 1100 S Hayes St, Room E05E, Arlington VA 22202 | TBD | |
| ADT | Security Agreement for Premises Located at 7966 Melrose Avenue, Los Angeles, CA 90048 | TBD | |
| ADT | Security Agreement for Premises Located at 421 North Rodeo Drive, Beverly Hills, CA 90210 | TBD | |
| ADT | Security Agreement for Premises Located at 5085 Westheimer Rd, Galleria Mall Unit B3587, Houston TX 77056 | TBD | |

EXHIBIT 4

# EXHIBIT 4

## G-Star Inc. – Schedule of Leases and Executory Contracts to Be Assumed

| Party | Description | Cure Amount | Notes |
|---|---|---|---|
| Aventura Mall Venture | Lease of Real Property Located at 1926 Aventura Mall, 19501 Biscayne Boulevard, Aventura Florida 33180 | $177,632.00 | To Be Assumed and Assigned To G-Star Raw Retail Inc. |
| G-Star Raw C.V. | Distribution Agreement | TBD | |
| MEDCOM | Benefits | $0.00 | |
| UNUM | Benefits | $0.00 | |
| Avesta Holdings LLC | Franchise Agreement | $0.00 | |
| Twelve Threads of NY Inc. | Franchise Agreement | $0.00 | |
| Hays Companies | Insurance | $0.00 | |
| Lincoln Life & Ann Comp | Insurance | $0.00 | |
| UPS Supply Chain Solutions | Shipping | TBD | |
| UPS United Parcel Service | Shipping | $72,477.00 | |
| Curalate, Inc. | Software | TBD | |
| G-Star Raw C.V. | Distribution Agreement | TBD | |

EXHIBIT 5

## EXHIBIT 5

**G-Star Raw Retail Inc. – Schedule of Leases and Executory Contracts to Be Rejected**

| Party | Description | Notes |
|---|---|---|
| ADT | Security Alarms | |
| Spectrotel | Backup Services | |
| Waste Connections | Garbage Collection | |
| Concept Air | HVAC Contract | |
| BP Air Conditioning Corp. | HVAC Service Contract | |
| TERMINIX PROCESSING CENTER | Pest Control | |
| Johnson Controls Security Solutions | Security Alarms | |
| D&D Carting CO. Inc BIC#64 | Trash Collection | |
| Denimwall/ Craig Leonard | Voluntary Surrender Agreement | |
| ServiceChannel.com, Inc. | Software | |

EXHIBIT 6

**EXHIBIT 6**

**G-Star Inc. – Schedule of Leases and Executory Contracts to Be Rejected**

| Party | Description | Notes |
|---|---|---|
| Melrose Heights, LLC | Guaranty of Lease of Real Property Located at 7966 Melrose Avenue, Los Angeles, CA 90048 | G-Star Inc. is not acknowledging or admitting this guaranty is an executory contract. Guaranties equate to contingent obligations to pay monies and thus are not believed to "executory contracts" subject to assumption or rejection under 11 U.S.C. § 365(a). Rather, the Debtor asserts they constitute contingent claims to be addressed in the claims administration process in accordance with Section V.D of the Joint Plan. Out of the abundance caution, however, and to the extent the guaranty obligations of G-Star Inc. identified herein are at any point deemed to be executory contracts, they will be rejected on the Effective Date. |
| King of Prussia Associates | Guaranty of Lease of Real Property Located at 324 Mall Blvd, King of Prussia, PA 19406 | G-Star Inc. is not acknowledging or admitting this guaranty is an executory contract. Guaranties equate to contingent obligations to pay monies and thus are not believed to "executory contracts" subject to assumption or rejection under 11 U.S.C. § 365(a). Rather, the Debtor asserts they constitute contingent claims to be addressed in the claims administration process in accordance with Section V.D of the Joint |

| | | Plan.  Out of the abundance caution, however, and to the extent the guaranty obligations of G-Star Inc. identified herein are at any point deemed to be executory contracts, they will be rejected on the Effective Date. |
|---|---|---|
| Wilson Canal Place II LLC | Guaranty of Lease of Real Property Located at 333 Canal Street, Unit 113, New Orleans, LA 70130 | G-Star Inc. is not acknowledging or admitting this guaranty is an executory contract.  Guaranties equate to contingent obligations to pay monies and thus are not believed to "executory contracts" subject to assumption or rejection under 11 U.S.C. § 365(a).  Rather, the Debtor asserts they constitute contingent claims to be addressed in the claims administration process in accordance with Section V.D of the Joint Plan.  Out of the abundance caution, however, and to the extent the guaranty obligations of G-Star Inc. identified herein are at any point deemed to be executory contracts, they will be rejected on the Effective Date. |
| IRL Systems Inc | Security Alarms | |
| Denimwall/ Craig Leonard | Voluntary Surrender Agreement | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Arent Fox LLP, Gas Company Tower, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF FILING OF EXHIBITS 1 THROUGH 6 TO DEBTORS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED AUGUST 27, 2020** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **09/16/2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (date) **09/16/2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**JUDGE**

Honorable Julia W. Brand
United States Bankruptcy Court
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **_____,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/16/2020 | YVONNE LI | /s/ Yvonne Li |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
AFDOCS/22873281.1

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Jeremy Faith on behalf of Interested Party Courtesy NEF
Jeremy@MarguliesFaithlaw.com,
Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com

M Douglas Flahaut on behalf of Debtor G-Star Inc.
flahaut.douglas@arentfox.com

M Douglas Flahaut on behalf of Debtor G-Star Raw Retail Inc.
flahaut.douglas@arentfox.com

M Douglas Flahaut on behalf of Debtor In Possession G-Star Inc.
flahaut.douglas@arentfox.com

Asa S Hami on behalf of Interested Party Courtesy NEF
ahami@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com

M. Jonathan Hayes on behalf of Interested Party Courtesy NEF
jhayes@rhmfirm.com,
roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Brian D Huben on behalf of Creditor The Macerich Company
hubenb@ballardspahr.com, carolod@ballardspahr.com

Brian D Huben on behalf of Creditor VF Mall LLC
hubenb@ballardspahr.com, carolod@ballardspahr.com

Brian D Huben on behalf of Creditor Westfield Garden State Plaza Limited Partnership
hubenb@ballardspahr.com, carolod@ballardspahr.com

William W Huckins on behalf of Creditor Brookfield Properties Retail, Inc.
whuckins@allenmatkins.com, clynch@allenmatkins.com

William W Huckins on behalf of Creditor Simon Property Group, Inc.
whuckins@allenmatkins.com, clynch@allenmatkins.com

William W Huckins on behalf of Creditor Taubman Company
whuckins@allenmatkins.com, clynch@allenmatkins.com

Gregory Kent Jones (TR)
gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Aram Ordubegian on behalf of Debtor G-Star Raw Retail Inc.
ordubegian.aram@arentfox.com

Kristen N Pate on behalf of Creditor Brookfield Properties Retail, Inc.
ggpbk@ggp.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
AFDOCS/22873281.1

**F 9013-3.1.PROOF.SERVICE**

Victor A Sahn on behalf of Interested Party Courtesy NEF
vsahn@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@e
cf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com

Michael St James on behalf of Creditor Geary-Grant LLC
ecf@stjames-law.com

Michael St James on behalf of Creditor Merchants Row Webward LLC
ecf@stjames-law.com

Ronald M Tucker, Esq on behalf of Creditor Simon Property Group, Inc.
rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Eric R Wilson on behalf of Creditor Turnberry Associates
kdwbankruptcydepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com

Christopher K.S. Wong on behalf of Debtor G-Star Inc.
christopher.wong@arentfox.com, yvonne.li@arentfox.com

Christopher K.S. Wong on behalf of Debtor G-Star Raw Retail Inc.
christopher.wong@arentfox.com, yvonne.li@arentfox.com

Christopher K.S. Wong on behalf of Debtor In Possession G-Star Inc.
christopher.wong@arentfox.com, yvonne.li@arentfox.com

**2. SERVED BY UNITED STATES MAIL:**

**20 LARGEST CREDITORS OF G-STAR RAW RETAIL INC.**

441 Broadway LLC
73 Spring Street, 6th Floor
New York, NY 10012

475 Fifth Ave
P.O. Box 417420
Boston, MA 02241

Clarksburg Premium Outlets
P.O. Box 772986
Chicago, IL 60677-0286

Fashion Centre Mall, LLC
P.O. Box 402792
Atlanta, GA 30384

Fashion Show Mall, LLC
P.O. Box 86
Minneapolis, MN 55486-2773

Geary-Grant LLC
P.O. Box 748750
Los Angeles, CA 90074-8750

Green Hills Mall TRG LLC
P.O. Box 674523
Detroit, MI 48267

Hampton Management Co., LLC
135 East 57th, 22nd Floor
New York, NY 10022

HG Galleria, LLC
2088 Paysphere Circle
Chicago, IL 60674

Las Vegas North Premium Outlets
875 South Grand Central
Las Vegas, NV 89106

Macerich Associates, L.P.
401 Wilshire Blvd., Suite 700
Santa Monica, CA 90401

Newport Centre LLC
867545 Reliable Parkway
Chicago, IL 60686-0075

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Penn Ross Joint Venture
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204

Rodeo Collections Ltd.
9629 Brighton Way
Beverly Hills, CA 90210

Santa Monica Place
P.O. Box 849436
Los Angeles, CA 90084-9436

Simon Property Group-CPG Partners
P.O. Box 822884
Philadelphia, PA 19182-2884

Taubman La Cienega Partners LP
P.O. Box 67000
Detroit, MI 48267

Valley Fair Mall, LLC
P.O. Box 55702
Santa Clara, CA 95050

Westland Garden State Plaza LP
P.O. Box 56816
Los Angeles, CA 90074-6816

Wilson Canal Place II LLC
230 Royal Palm Way
Palm Beach, FL 33480

## 20 LARGEST CREDITORS OF G-STAR INC.

Aventura Mall Venture
414 Seneca Avenue
Ridgewood, NY 11385

Avesta Holdings LLC
3393 Peachtree Rd.
Atlanta, GA 30326

Better Pak Container Corp.
675 Dell Road
Carlstadt, NJ 07072

City of Los Angeles
P.O. Box 30879
Los Angeles, CA 90030

EMPIRE State Properties
414 Seneca Avenue
Ridgewood, NY 11385

Fox Horan & Camerini LLP
885 Third Avenue
New York, NY 10022

Glory Manufactory Limited
2696 Solution Center
Chicago, IL 60677-2006

King of Prussia Associates
2088 Paysphere Circle
Chicago, IL 60674

Kingsbridge Cleaners & Tailors
P.O. Box 1920
New York, NY 10101

L.A. Models
P.O. Box 1920
New York, NY 10101

Logicalis
25 Senate Place
Jersey City, NJ 07306

Marcum LLP
1550 S. Gene Autry Trail
Palm Springs, CA 92264

Port Logistic Group
P.O. Box 14106
New Brunswick, NJ 08906

Shaherison 599 Co, LLC
P.O Box 822884
Philadelphia, PA 19182-2884

SLG Systems, Inc.
P.O. Box 14106
New Brunswick, NJ 08906

SPS Commerce Inc.
P.O. Box 1480
Riverside, CA 92502

Total Benefit Solutions
2088 Paysphere Circle
Chicago, IL 60674

ULINE Shipping Supply Specialists
120 Wooster Street
New York, NY 10012

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

UPS United Parcel Service
P.O. Box 7247-0244
Philadelphia, PA 19170

YRC
P.O. Box 13573
Newark, NJ 07188

**REQUEST FOR SPECIAL NOTICE**

Ryniker Consultants LLC
156 Dubois Avenue
Sea Cliff, NY 11579

Seyfarth Shaw LLP
333 South Hope Street
Suite 3900
Los Angeles, CA 90071

**CREDITOR MATRIX FOR G-STAR RAW RETAIL INC. AND G-STAR INC.**

11th Street Workshop
306 E 11th St
#1C
New York, NY 10003

AT&T - SBC
PO Box 5025
Carol Stream, IL 60197

24 Seven Staffing INC
120 Wooster Street
New York, NY 10012

AT&T DSL
PO Box 105068
Atlanta, GA 30348

A-1 mechanical
5985 Polaris Ave.
Las Vegas, NV 89118

Aventura Mall Expansion Venture
c/o Turnberry Aventura Mall Expansion
19501 Biscayne Blvd., Suite 400
Aventura, FL 33180

Action Security Services Inc
4475 South Clinton Avenue Suite 220
South Plainfeld, NJ 07080

Aventura Mall Venture
PO Box 865006
Orlando FL 33180

Admiral Courier Services Inc.
18 West 30th Street
New York, NY 10001

BP Air Conditioning Corp.
83-40 72nd Drive Glendale
Ridgewood, NY 11385

ADT
3190 S. Vaughn Way
Aurora, CO 80014

Brian Best
c/o J. Patrick DeLince
DeLince Law PLLC
299 Broadway, Suite 1310
New York, New York 10007

ADT Security Services
General Counsel
1501 Yamato Rd
Boca Raton, FL 33431

Brinks INC
PO Box 619031
Dallas, TX 75261

Aqua Green Solutions
PO Box 2
Del Mar, CA 92014

Bumler Mechanical, Inc.
6260 18-1/2 Mile Road
Sterling Heights, MI 48314

Arden Fair Associates LP
1689 Arden Way
Suite 1167
Sacramento, CA 95815

CAB Bedford LLC
c/o ACHS Management Corp.
1412 Broadway
New York, NY 10018

AT&T
PO Box 105262
Atlanta, GA 30348

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**
AFDOCS/22873281.1

Canon Solution America
300 Commerce Square Blvd
Burlington, VT 08016

Century Link
PO Box 1319
Charlotte, NC 28201

Cherry Hill Center, LLC
Cherry Hill Mall
2000 Route 38, Suite 514
Cherry hill, NJ 08002

Comcast
PO Box 3001
Southeastern, PA 19398

Con Edison
Jaf Station
New York, NY 10116

Concept Air
58-84 Maspeth Avenue
Maspeth, NY 11378

Craig Leonard
30 MacDaniel Rd
Bearsville, NY 12409

Culligan Water of Las Vegas
4513 N Lamb Blvd, Ste 92
Las Vegas, NV 89115

Curalate, Inc.
1628 John F Kennedy Blvd
Philadelphia, PA 19103

D&D Carting CO. Inc BIC#64
107 8th Street
Brooklyn, NY 11215

Danny Martinez
c/o Winer, Burritt & Scott LLP
Attn: John D. Winer, Esq.
1999 Harrison St., Suite 600
Oakland, CA 94612

Denimwall/Craig Leonard
30 MacDaniel Rd
Bearsville, NY 12409

Denver Premium Outlets LLC
Simon Property Group
60 Columbia Road Building B, 3rd Floor
Morristown, NJ 07960

Deutsche Bank

60 Wall St
New York, NY 10005

Deutsche Bank
67 Wall St
New York, NY 10005

Deutsche Bank
65 Wall St
New York, NY 10005

EGT Enterprise Inc.
2030 Union St. #207
San Francisco, CA 94123

Fashion Centre Mall LLC
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438

Fashion Show Mall LLC
Attn: Law/Leasing Department
110 North Wacker Drive
Chicago, IL 60606

Florida Department of Revenue (FL)
Mail Stop 3-2000
5050 W Tennessee St
Tallahasee, FL 32399-0112

Florida Power & Lights
General Mail Facility
Miami, FL 33188

Frontier Communications
P.O. Box 20550
Rochester, NY 14602

G Star Canada Inc.
645 Wellington Street
Suite 220 H3C 1T2
Montreal, Quebec, Canada

G Star Raw CV
Joan Muyskenweg 39
Zip code 1114 AN
Amterdam-Duivendrecht
The Netherlands

G-Star Raw eStore Inc.
599 Broadway, Unit A 11th Floor
New York, NY 10012

Garden State Plaza Limited Partnership
2049 Century Park East
41st Floor
Los Angeles, CA 90067

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Geary-Grant LLC
172 Golden Gate Ave
San Francisco, CA 94102

Glory Manufactory Limited
344 Fuk Wing Street
Sham Shui Po, Kowloon
Hong Kong

Granite Communications
100 newport ave Ext.
Quincy, MA 02171

Green Hills Mall TRG LLC
200 East Long Lake Road Suite 300
Bloomfield Hills, MI 48304

Hays Companies
P.O. Box 1414
Minneapolis, MN 55480

HG Galleria I, II, III, LP
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438

HG Galleria I, II, III, LP M.S. Manage
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438

HR Direct
P.O. Box 669390
Pompano, FL 33066

Imperial Commerical Cleaning
151 Dixon Avenue
Amityville, NY 10917
Insight Direct USA, Inc
PO Box 731069
Dallas, TX 75373

IRL Systems Inc
1650 Bath Ave.
Brooklyn, NY 11214

Johnson Controls Security Solutions
371967 10405 Crosspoint Blvd
Indianapolis, IN 46256

Keter Environmental Services, Inc
PO Box 417468
Boston, MA 02241-7468

King of Prussia Associates
c/o Simon Property Group
225 West Washington Street
Aventura, IN 46204-3438

La Cienega partners Limited Partnership
200 East Long Lake Road
Suite 300
Bloomfield Hills, MI 48304

Lincoln Life & Ann Comp
PO Box 7247-0347
Philadelphia, PA 19170

Livermore Premium Outlets II
Simon Property Group
60 Columbia Road Building B, 3rd Floor
Morristown, NJ 07960

Logicalis Department #172301
PO Box 67000
Detroit, MI 48267

Macerich Santa Monica LLC
Attn: Center manager
395 Santa Monica Place
Santa Monica, CA 90401

Macerich Santa Monica LLC and Macerich S
Attn: Center manager
395 Santa Monica Place
Santa Monica, CA 90401

Marcum LLP
101 Eisenhower Parkway, 1st Floor
Roseland, NJ 07068

MEDCOM
P.O. Box 830270
Birmingham, AL 35823

Melrose Heights, LLC
c/o Sachse Real Estate Company, Inc
315 South Beverly Drive
Suite 415
Beverly Hills, CA 90212

Merchants Row Webward LLC
c/o Bedrock
Attn: James A. Ketai
630 Woodward Avenue
Detroit, MI 48226

Merlin Industries
175 Newark Avenue Suite 1RL
Jersey City, NJ 07302

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Newport Centre LLC
c/o Simon Property Group
225 West Washington Street
Indianapolis, IN 46204-3438

NES Power
P.O. BOX 305099
Nashville, TN 37230

NOLA Construction and Handyman
1050 S. Jefferson Davis Pkwy
New Orleans, LA 70125

NVEnergy
PO BOX 30086
Reno, NV 89520

NYC Department of Finance
P.O. Box 5100
Kingston, NY 12402

Oregon Department of Revenue (OR)
955 Center Street NE
Salem, OR 97301-2555

PA Department of Revenue (PA)
PO Box 280905
Harrisburg, PA 17128-0905

PG&E
PO Box 997300
Sacramento, CA 95899

PNC Bank
P.O. Box 822873
Philadelphia, PA 19182

Port Logistic Group
P.O. Box 671665
Dallas, TX 75267

Premium Outlet Partners, L.P.
Simon Property Group
60 Columbia Road Building B, 3rd Floor
Morristown, NJ 07960

Premium Outlet Partners, L.P.
c/o Simon Property Group
Attn: Premium Outlets
225 West Washington Street
Indianapolis, IN 46204-3438

PSE&G
PO Box 30086
Reno, NV 89520

Quik Pick Messenger Serv
103 Robertson Blvd
Beverly Hills, CA 90211

Recycle Track Systems Inc.
435 Hudson Street Suite 404
New York, NY 10010

Roc-Lafayette Associates LLC
c/o The Olnkick Organization Inc.
135 Est 57th Street
22nd Floor
New York, NY 10022

Sensor One Electronic Security Inc
286 11024 Balboa Blvd
Granada Hills, CA 91344

ServiceChannel.com, Inc.
18 E 16th St, 2nd Floor
New York, NY 10003

Shaherison 599 Co, LLC
111 Great Neck Road, Suite 514
Great Neck, NY 11021

Simon/Chelsea Las Vegas Development, LLC
Simon Property Group
60 Columbia Road Building B, 3rd Floor
Morristown, NJ 07960

Simon/Clarksburg Development LLC
Simon Property Group
60 Columbia Road Building B, 3rd Floor
Morristown, NJ 07960

SLG Systems, Inc.
PO Box 12871
Philadelphia 19176

Space MGT
4 Bluestone Ridge
Hurley, NY 12443

SPS Commerce Inc
12 Wesley Court, Level 3
Burwood East 03151

Spectrotel
P.O. Box 339
Neptune, NJ 07754

Staples Business Advantage
PO Box 415256
Boston, MA 02241-5256

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_
AFDOCS/22873281.1

**F 9013-3.1.PROOF.SERVICE**

T-C 475 Fifth Avenue LLC
Attn: Project Management Office
475 Fifth Avenue
New York, NY 10017

T-Mobile USA Inc
P.O. Box 790047
Saint Louis, MO 63179

Taubman La Cienega Partners LP
200 East Long Lake Road
Suite 300
Bloomfield Hills, MI 48304

TERMINIX PROCESSING CENTER
P.O. Box 742592
Cincinnati, OH 45274

Texas Comptroller (TX)
Capitol Station
P.O. Box 13528
Austin, TX 78711-3528

Total Benefit Solutions
PO Box 45329
San Francisco, CA 94145-0329

Twelve Threads of NY Inc.
3 Boblee Lane
Hicksville, NY 00010-0801

ULINE Shipping Supply Specialists
PO Box 88741
Chicago, IL 60680-1741

UNUM
1 Fountain Sq
Chattanooga, TN 37402

UPS Supply Chain Solutions
28013 Network Place
Chicago, IL 60673

VERIZON
P.O. Box 4833
Trenton, NJ 08650

Verizon Wireless - Newark
P.O. Box 408
Newark, NJ 07101

VF Mall LLC
2049 Century Park East
Attn: Legal Department 41st Floor
Los Angeles, CA 90067

Waste Connections
99 Wood Ave South Suite 1001
Iselin, NJ 08830

Westchester Mall, LLC
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438

Westland Garden State Plaza LP
2049 Century Park East
41st Floor
Los Angeles, CA 90067

Wilson Canal Place II, LLC
c/o O Connor Property Management, LLC
333 Canal Street
Suite 327
New Orleans, LA 70130

Windy Lucius
c/o Juan Courtney Cunningham
8950 SW 74th Court, Suite 2201
Miami, FL 33156

World Packaging Inc.
76 Passaic Street
Wood Ridge NJ 07075

## **GOVERNMENTAL AGENCIES**

City of Beverly Hills
PO Box 5363
Beverly Hills, CA 90209

Colorado Department of Revenue (CO)
P.O. Box 17087
Denver, CO 80203

Commonwealth of Virginia (VA)
P.O. Box 1879
Richmond, VA 23218

Comptroller of Maryland (MD)
Revenue Administration Center
Taxpayer Service Division
Annapolis, MD 21411-0001

Department of Taxation and Finance (NYS)
BANKRUPTCY SECTION
PO Box 5300
Albany, NY 12205-0300

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
AFDOCS/22873281.1

**F 9013-3.1.PROOF.SERVICE**

Florida Department of Revenue (FL)
Mail Stop 3-2000
5050 W Tennessee St
Tallahasee, FL 32399-0112

Franchise Tax Board (CA)
PO Box 942840
Sacramento, CA 94240-0040

Internal Revenue Service (IRS)
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

Michigan Department of Treasury (MI)
430 W Allegan St
Lansing, MI 48922

NJ Treasury (Division of Taxation)
Bankruptcy Section
PO Box 245
Trenton, NJ 08695-0245

NYC Department of Finance (NYC)
66 John Street, Room 104
New York, NY 10038

NYC Department of Finance
P.O. Box 5100
Kingston, NY 12402

Office of Unemployment Compensation Tax Services
Dept. of Labor and Industry
Commonwealth of Pennsylvania
651 Boas Street Room 925
Harrisburg, PA 17121

Oregon Department of Revenue (OR)
955 Center Street NE
Salem, OR 97301-2555

PA Department of Revenue (PA)
PO Box 280905
Harrisburg, PA 17128-0905

Tennessee Department of Revenue (TN)
500 Deaderick Street
Nashville, TN 37242

Texas Comptroller (TX)
Capitol Station
P.O. Box 13528
Austin, TX 78711-3528

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
AFDOCS/22873281.1

**F 9013-3.1.PROOF.SERVICE**