Victor A. Sahn  (CA Bar No. 97299)
  *vsahn@sulmeyerlaw.com*
**Sulmeyer**Kupetz
A Professional Corporation
333 South Grand Ave, Suite 3400
Los Angeles, California 90071
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for Christine Hazel Cruz

# UNITED STATES BANKRUPTCY COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>G-STAR RAW RETAIL, INC.<br><br>    Debtor. | Case No.  2:20-16040<br><br>Chapter 11<br><br>Jointly Administered with<br><br>Case No. 2:20-16041<br><br>Chapter 11<br><br>**STIPULATION TO CONTINUE HEARING ON CONFIRMATION OF DEBTORS' CHAPTER 11 PLAN OF REORGANIZATION AND RELATED RELIEF**<br><br>Date:     October 8, 2020<br>Time:    10:00 a.m.<br>Place:   U.S. Bankruptcy Court<br>           Courtroom 1375<br>           255 E. Temple Street.<br>           Los Angeles, CA 90012<br><br>The Hon. Julia Brand |
| G-STAR, INC., A Delaware Corporation,<br><br>    Debtor. | |
| ☐ Affects all Debtors<br>☐ Affects G-Star Raw Retail, Inc.<br>☐ Affects G-Star, Inc. | |

VAS 2706094v1                                                              1

This "Stipulation to Continue Hearing on Confirmation of Debtors' Chapter 11 Plan of Reorganization and Related Relief" ("Stipulation") is made by and between the Chapter 11 Debtors, G-Star, Inc. and G-Star, Inc. a Delaware Corporation ("Debtors") and Christine Hazel Cruz ("Ms. Cruz"), the holder of a disputed claim against the Debtors in these bankruptcy cases. This Stipulation is made with reference to the following facts, without limitation:

**Recitals**

A.   Debtors filed their Chapter 11 cases on July 3, 2020.  Debtors continue as Debtors in Possession before this Court under Section 1182(2) of the Bankruptcy Code.

B.   Debtors have filed their Chapter 11 Joint Consolidated Plan of Reorganization ("Plan") on August 27, 2020.  Debtors gave notice of the hearing on confirmation of their Plan and included the following dates regarding the confirmation hearing:

   1.   Date to File Written Objections to Plan Confirmation:  September 24, 2020

   2.   Date to Submit Ballots in Favor of or Against Plan Confirmation: September 28, 2020

   3.   Date to Submit Ballot Analysis by Debtor: October 1, 2020

   4.   Date to Submit Confirmation Memorandum: October 1, 2020

   5.   Hearing on Plan Confirmation: October 8, 2020 at 10:00 a.m.

C.   On or about September 1, 2017, and prior to the filing of these bankruptcy petitions, Ms. Cruz  filed a lawsuitagainst the Debtor G-Star, Inc. and certain non-Debtors and describes claims , that are cognizable under certain Federal, New York State and New York City statuts including without limitation claims for (i) unpaid overtime wages in violation of the Fair Labor Standards Act ("FLSA) and New York Labor Law ("NYLL"), (ii) failure to pay spread-of-hours compensation in violation of NYLL, (iii) failure to provide proper wage statements/notices in violation of NYLL, (iv) gender and racial discrimination under New York City Human Rights Law ("NYCHRL"), (v) discriminatory harassment under NYCHRL, (vi) retaliation under NYCHRL and New York State Human Rights Law ("NYSHRL"), (vii) sex and racial discrimination in promotion under NYSHRL, (viii) quid pro quo sexual harassment under

1 NYSHRL, and (ix) hostile work environment under NYSHRL..

2     D.    The lawsuit is presently pending before the United States District Court of the Souther n District of New York and is entitled "Cruz v. G-Star, Inc., et. al.", as case number 1:2017-cv-0768. Ms Cruz has filed a claim against G-Star, Inc. in the sum of $12,563,600.30. This claim is claim number 9-1. G-Star. Inc. disputes Ms. Cruz's lawsuit (including all claims therein) and her proof of claim.

    E.    Ms. Cruz and the Debtors have discussed the Plan, and certain information that Ms. Cruz wishes to receive and certain objections that she may have to confirmation of the Plan as well as certain objections that the Debtor(s) have to Ms. Cruz's claim.

    F.    In consideration of these discussions and the agreement to participate in a mediation during the week of October 5-October 9, 2020 regarding the disputes respecting Ms. Cruz's claim and Ms. Cruz's disputes or concerns regarding the Plan, the parties have discussed a continuance of the confirmation hearing and the dates identified in paragraphs B(1)-B(4) of this Stipulation. Based upon agreements reached, the parties hereby agree and Stipulate as follows:

1. The foregoing Recitals are incorporated herein by this reference.

2. Ms. Cruz shall file this Stipulation and a simple order approving it on September 25, 2020.

3. The October 8, 2020 confirmation hearing will be continued unless Ms. Cruz in her sole and absolute discretion agrees that the October 8 confirmation hearing may go forward.

4. The parties will use the presently scheduled confirmation hearing of October 8, 2020 at 10:00 a.m. as a status conference on the Chapter 11 Plan of the Debtors if the confirmation hearing is not going to go forward.

5. The parties have agreed that the continued hearing date on confirmation of the Debtor's Plan shall be October 29, 2020 at 10:00 a.m. ("Continued Date"). In consideration of this new confirmation hearing date, the following dates shall apply in advance of the Continued Date:

    A.    Last Date for Ms. Cruz to Submit Written Confirmation Objections: October 16, 2020

    B. Last Date for Ms. Cruz to Submit Ballot in Favor of or Against Confirmation of the Debtors' Plan: October 16, 2020

    C. Last Date for Debtors to Submit Declarations in Support of Plan Confirmation: October 22, 2020

    C. Last Date for Debtors to Submit Ballot Analysis: October 23, 2020

    D. Last Date for Debtors to Submit Memorandum in Support of Plan Confirmation (or supplemental memorandum as it may be): October 23, 2020

  6. Debtors shall not file a Motion under Section 502(c) for estimation of Ms. Cruz's claim for voting purposes under the Debtors' Plan before October 8, 2020 and shall seek to set it for hearing at the same date and time as the Continued Date.

  7. If the mediation that shall take place during the week of October 6-9, 2020 proves not to be successful, the parties will meet and confer regarding the production of documents and the scheduling of depositions prior to the Continued Date. Ms. Cruz shall seek to have this take place so that the document production precedes the taking of depositions and the depositions conclude sufficiently in advance of the October 16, 2020 date for Ms. Cruz to both vote on acceptance or rejection of the Plan and to file written confirmation objections which are due on the same day.

  8. Nothing in this Stipulation shall prejudice the right of either the Debtors or Ms. Cruz to seek a further continuance of the confirmation hearing in these Chapter 11 cases in the event the mediation does not prove to be successful. This includes the fact that either of the parties have entered into this Stipulation.

  Wherefore, the parties to this Stipulation, the Debtors and Ms. Cruz, have caused it to be executed by their duly appointed attorneys of record. The parties ask that this Court sign the Order approving this Stipulation and request such other and further relief as is just and appropriate in the circumstances.

Dated: September 23, 2020  **Sulmeyer**Kupetz
             A Professional Corporation

VAS 2706094v1    4

By: _____*/s/ Victor A. Sahn*_____
    Victor A. Sahn
    Attorneys for Christine Hazel Cruz

DATED: September **23**, 2020

Arent Fox

By: _____
    M. Douglas Flahaut
    Attorneys for G-Star, Inc. and G-Star Raw, Inc.

VAS 2706094v1

5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO CONTINUE HEARING ON CONFIRMATION OF DEBTORS' CHAPTER 11 PLAN OF REORGANIZATION AND RELATED RELIEF**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 23, 2020   I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Jeremy Faith Jeremy@MarguliesFaithlaw.com,
Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
M Douglas Flahaut flahaut.douglas@arentfox.com
Asa S Hami ahami@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com
M. Jonathan Hayes jhayes@rhmfirm.com,
roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
Brian D Huben hubenb@ballardspahr.com, carolod@ballardspahr.com
William W Huckins whuckins@allenmatkins.com, clynch@allenmatkins.com
Gregory Kent Jones (TR) gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com
Dare Law dare.law@usdoj.gov
David W. Meadows david@davidwmeadowslaw.com
Aram Ordubegian ordubegian.aram@arentfox.com
Kristen N Pate ggpbk@ggp.com
Victor A Sahn vsahn@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com
Michael St James ecf@stjames-law.com
Ronald M Tucker rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Eric R Wilson kdwbankruptcydepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com
Christopher K.S. Wong christopher.wong@arentfox.com, yvonne.li@arentfox.com

☐ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) September   , 2020 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service

method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/23/20 | Patricia Dillamar | */s/ Patricia Dillamar* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PMD 2706074v1