# U.S. Bankruptcy Court

# Central District of California

Notice of Electronic Claims Filing

The following transaction was received from Huben, Brian on 9/11/2020 at 3:54 PM PDT

File another claim

| | |
|---|---|
| **Case Name:** | G-Star Raw Retail Inc. and G-Star Inc. |
| **Case Number:** | 2:20-bk-16040-WB |
| **Creditor Name:** | Westland Garden State Plaza Limited Partnership<br>c/o Brian D. Huben, Esq.<br>Ballard Spahr LLP<br>2029 Century Park East, Suite 1400<br>Los Angeles, CA 90067-2915 |
| **Claim Number:** | 40    Claims Register |

**Amount Claimed:** $112680.87
**Amount Secured:**
**Amount Priority:** $25864.36

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** G-Star Raw Retail_Garden State_Proof of Claim_.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=9/11/2020] [FileNumber=98837398-
0] [0d70873d0c7d5130f7717101043d903c25f77231a1dca3a0e5e6c8f232f345664d
d8d87100ff65a3c64c5c9c3db7b69a2efd2a019c6144cfca803c36e1f489ed]]

**Fill in this information to identify the case:**

Debtor 1    G-STAR RAW RETAIL INC.

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the: Central District of California

Case number    20-16040

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense.** Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Westland Garden State Plaza Limited Partnership
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Brian D. Huben, Esq./Ballard Spahr LLP
Name

2029 Century Park East, Suite 1400
Number  Street

Los Angeles    CA    90067-2915
City  State  ZIP Code

Contact phone    424.204.4400

Contact email    hubenb@ballardspahr.com

**Where should payments to the creditor be sent?** (if different)

_____
Name

_____
Number  Street

_____
City  State  ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on ___/___/___
                                                                                                            MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☒ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?** $ 112,680.87 .  **Does this amount include interest or other charges?**
☐ No
☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Real Property Lease

**9. Is all or part of the claim secured?**

☒ No
☐ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property**: $_____
**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☐ No
☒ Yes. **Amount necessary to cure any default as of the date of the petition.** $ 86,816.51

**11. Is this claim subject to a right of setoff?**

☒ No
☐ Yes. Identify the property: _____

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☐ No | |
| | ☒ Yes. *Check one:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☒ Other. Specify subsection of 11 U.S.C. § 507(a)(_2_) that applies. ** | $ 25,864.36 |

* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

**This amount is entitled to administrative priority pursuant to 11 U.S.C. Sections 503(b) and 365(d)(3).

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   09/11/2020
                  MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

| | | |
|---|---|---|
| Name | Brian D. Huben | |
| | First name    Middle name    Last name | |
| Title | Partner | |
| Company | Ballard Spahr LLP | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | |
| Address | 2029 Century Park East, Suite 1400 | |
| | Number    Street | |
| | Los Angeles                    CA         90067-2915 | |
| | City                           State      ZIP Code | |
| Contact phone | 424.204.4400     Email  hubenb@ballardspahr.com | |

## PROOF OF CLAIM ATTACHMENT

**CASE NAME:** **G-STAR RAW RETAIL INC.**   **LOCATION:** Westfield Garden State Plaza

**CASE NUMBER:** 20-16040

A. General Information:

1. Landlord Name: Westland Garden State Plaza Limited Partnership
2. Property Location: Paramus, NJ
3. Tenant Name: Garden Denim Brothers, LLC
4. Space/Store/Bldg. No.: D1A    Remaining term: 56.9 months
5. Petition Date: 7/3/2020
6. Lease Exp. Date: 3/31/2025
7. Lease Rej. Date: N/A

B. Claim Information:

| | Rent & Charges | Interest | Totals |
|---|---|---|---|
| 1. Unsecured Non-Priority Rejection Claim Amount: (Section 502(b)(6)(A)) | $0.00 | n/a | $0.00 |
| 2. Unsecured Non-Priority Pre-Petition Claim Amount: (Section 502(b)(6)(B)) | $85,313.46 | $1,503.05 | $86,816.51 |
| **Subtotal Unsecured Claims** | $85,313.46 | $1,503.05 [1] | $86,816.51 |
| 3. Administrative Post-Petition Priority Claim Amount: (Section 503(b)(1)(A), 365(d)(3)) | $25,290.91 | $573.45 | $25,864.36 |
| **Subtotal Administrative Claims** | $25,290.91 | $573.45 [2] | $25,864.36 |
| **TOTAL CLAIM AMOUNT** | | | $112,680.87 [3] |

[1] Interest calculated at 10.% through 07/02/20, based on a 365 day year.

[2] Interest calculated at 10.% through 09/11/20, (the Claims Bar Date) based on a 365 day year.

[3] Claimant reserves the right to supplement or amend this claim from time to time and at any time hereafter.

## PRE-PETITION CHARGES

**CASE NAME:** G-STAR RAW RETAIL INC.  **LOCATION:** Westfield Garden State Plaza
**CASE NUMBER:** 20-16040

| DATE OF CHARGE | DESCRIPTION OF CHARGE | AMOUNT DUE | INTEREST[1] | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| 1/1/2020 | Balance on Account | $1,275.63 | $64.66 | $1,340.29 |
| 1/1/2020 | January 2020 Rent & Charges Short-pay | $21.80 | $1.10 | $22.90 |
| 2/1/2020 | February 2020 Rent & Charges Short-pay | $21.80 | $0.92 | $22.72 |
| 3/1/2020 | March 2020 Rent & Charges Short-pay | $21.80 | $0.75 | $22.55 |
| 4/1/2020 | CAM | $8,797.19 | $226.56 | $9,023.75 |
| 4/1/2020 | Central Plant | $898.46 | $23.14 | $921.60 |
| 4/1/2020 | Fire Detection System | $35.00 | $0.90 | $35.90 |
| 4/1/2020 | Base Rent | $10,391.43 | $267.61 | $10,659.04 |
| 4/1/2020 | Promotional Charge | $1,206.08 | $31.06 | $1,237.14 |
| 4/1/2020 | Property Tax | $5,355.22 | $137.92 | $5,493.14 |
| 4/1/2020 | Water | $40.00 | $1.03 | $41.03 |
| 4/1/2020 | Payment | ($65.40) | $0.00 | ($65.40) |
| 5/1/2020 | CAM | $8,797.19 | $154.25 | $8,951.44 |
| 5/1/2020 | Central Plant | $898.46 | $15.75 | $914.21 |
| 5/1/2020 | Fire Detection System | $35.00 | $0.61 | $35.61 |
| 5/1/2020 | Base Rent | $10,703.17 | $187.67 | $10,890.84 |
| 5/1/2020 | Promotional Charge | $1,206.08 | $21.15 | $1,227.23 |
| 5/1/2020 | Property Tax | $5,355.22 | $93.90 | $5,449.12 |
| 5/1/2020 | Water | $40.00 | $0.70 | $40.70 |
| 6/1/2020 | June 2020 Rent & Charges | $27,035.12 | $244.43 | $27,279.55 |
| 7/1/2020 | Pro-rated CAM (7/1/20 - 7/2/20) | $567.56 | $0.47 | $568.03 |
| 7/1/2020 | Pro-rated Central Plant (7/1/20 - 7/2/20) | $57.97 | $27.56 | $85.53 |
| 7/1/2020 | Pro-rated Fire Detection System (7/1/20 - 7/2/20) | $2.26 | $0.00 | $2.26 |
| 7/1/2020 | Pro-rated Base Rent (7/1/20 - 7/2/20) | $690.53 | $0.57 | $691.10 |
| 7/1/2020 | Pro-rated Promotional Charge (7/1/20 - 7/2/20) | $77.81 | $0.06 | $77.87 |
| 7/1/2020 | Pro-rated Property Tax (7/1/20 - 7/2/20) | $345.50 | $0.28 | $345.78 |
| 7/1/2020 | Pro-rated Water (7/1/20 - 7/2/20) | $2.58 | $0.00 | $2.58 |
| | Attorney's fees | $1,500.00 | $0.00 | $1,500.00 |
| | | $85,313.46 | $1,503.05 | |
| | **TOTAL PRE-PETITION CHARGES:** | | | **$86,816.51** |

1 Interest calculated at 10.% through 07/02/20, the day before the petition date.

## POST-PETITION CHARGES

**CASE NAME:** G-STAR RAW RETAIL INC.  **LOCATION:** Westfield Garden State Plaza
**CASE NUMBER:** 20-16040

| DATE OF CHARGE | DESCRIPTION OF CHARGE | AMOUNT DUE | INTEREST[1] | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| 7/3/2020 | Pro-rated CAM (7/3/20 - 7/31/20) | $8,229.63 | $160.08 | $8,389.71 |
| 7/3/2020 | Pro-rated Central Plant (7/3/20 - 7/31/20) | $840.49 | $16.35 | $856.84 |
| 7/3/2020 | Pro-rated Fire Detection System (7/3/20 - 7/31/20) | $32.74 | $0.64 | $33.38 |
| 7/3/2020 | Pro-rated Base Rent (7/3/20 - 7/31/20) | $10,012.64 | $194.77 | $10,207.41 |
| 7/3/2020 | Pro-rated Promotional Charge (7/3/20 - 7/31/20) | $1,128.27 | $21.95 | $1,150.22 |
| 7/3/2020 | Pro-rated Property Tax (7/3/20 - 7/31/20) | $5,009.72 | $97.45 | $5,107.17 |
| 7/3/2020 | Pro-rated Water (7/3/20 - 7/31/20) | $37.42 | $0.73 | $38.15 |
| 7/30/2020 | Payment | ($27,035.12) | $0.00 | ($27,035.12) |
| 9/1/2020 | September 2020 Rent & Charges | $27,035.12 | $81.48 | $27,116.60 |
|  |  | $25,290.91 | $573.45 |  |

**TOTAL POST-PETITION CHARGES:** **$25,864.36**

[1] Interest calculated at 10.% through 09/11/20, the Claims Bar Date.

DMWEST #40497692 v1