| | | |
|---|---|---|
| 1 | ADAM A. LEWIS (BAR NO. 88736)<br>ALewis@mofo.com | |
| 2 | MORRISON & FOERSTER LLP<br>425 Market Street | |
| 3 | San Francisco, California  94105-2482<br>Telephone: 415.268.7000 | |
| 4 | Facsimile: 415.268.7522 | |
| 5 | ERICA J. RICHARDS (*Pro Hac Vice - pending*) | |
| 6 | ERichards@mofo.com<br>MORRISON & FOERSTER LLP | |
| 7 | 250 West 55th Street<br>New York, New York 10019-9601 | |
| 8 | Telephone: 212.468.8000<br>Facsimile: 212.468.7900 | |
| 9 | | |
| 10 | Attorneys for Creditor<br>UNITED PARCEL SERVICE, INC. | |
| 11 | UNITED STATES BANKRUPTCY COURT | |
| 12 | CENTRAL DISTRICT OF CALIFORNIA | |
| 13 | LOS ANGELES DIVISION | |
| 14 | | |
| 15 | In re | Case No.  2:20-16040 |
| 16 | G-Star Raw Retail Inc., | (Jointly Administered with Case No. 2:20-16041) |
| 17 | Debtor. | |
| 18 | | Chapter   11 |
| 19 | In re | **LIMITED OBJECTION AND RESERVATION OF RIGHTS OF UNITED PARCEL SERVICE TO DEBTORS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED AUGUST 27, 2020** |
| 20 | G-Star, Inc., | |
| 21 | Debtor. | |
| 22 | | Date:  October 8, 2020<br>Time:  10:00 a.m. |
| 23 | | Place:  Honorable Julia W. Brand<br>Courtroom 1375 |
| 24 | | 255 East Temple Street<br>Los Angeles, CA 90012 |
| 25 | √    Affects all Debtors | |
| 26 | ☐    Affects G-Star Raw Retail, Inc. | |
| 27 | ☐    Affects G-Star, Inc. | |
| 28 | | |

LIMITED OBJECTION OF UPS
sf-4343894

United Parcel Service, Inc. (collectively with its affiliates, "**UPS**"), by and through its undersigned counsel, submits this limited objection and reservation of rights with respect to certain of the proposed cure amounts set forth in Exhibits 3 and 4 to the *Debtors' Joint Chapter 11 Plan of Reorganization dated August 27, 2020* [Dkt. Nos. 98, 115] (the "**Cure Schedules**"),[1] and respectfully represents as follows:

## BACKGROUND

1. On July 3, 2020 (the "**Petition Date**"), G-Star Raw Retail Inc. ("**G-Star Retail**") and G-Star Inc. ("**G-Star Inc.**" and, together with G-Star Retail, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Central District of California (the "**Court**").

2. Upon information and belief, the Debtors are operating their business and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. On August 27, 2020, the Debtors filed the *Debtors' Joint Chapter 11 Plan of Reorganization Dated August 27, 2020* [Dkt. No. 98] (the "**Plan**").

4. On September 16, 2020, the Debtors filed Exhibits 1 through 6 to the Plan, including the Cure Schedules [Dkt. No. 115]. Exhibit 3 (the "**G-Star Retail Cure Schedule**") designates a shipping contract with UPS (the "**UPS Retail Contract**") for assumption by G-Star Retail with a proposed cure amount of $1,018.00. Exhibit 4 (the "**G-Star Inc. Cure Schedule**") designates (a) a shipping contract with UPS Supply Chain Solutions (the "**UPS SCS Contract**") for assumption by G-Star Inc. with a proposed cure amount of "TBD" and (b) a shipping contract with UPS for assumption by G-Star Inc. (the "**UPS Inc. Contract**" and, together with the UPS Retail Contract and the UPS SCS Contract, the "**UPS Contracts**") with a proposed cure amount of $72,477.00.

---

[1] Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Cure Schedules and accompanying documents.

**OBJECTION**

5.  Section 365(b) of the Bankruptcy Code provides in pertinent part as follows:

> (b)(1) If there has been a default in an executory contract or unexpired lease of the debtor, the trustee may not assume such contract or lease unless, at the time of assumption of such contract or lease, the trustee—
>
> (A) cures, or provides adequate assurance that the trustee will promptly cure, such default…;
>
> (B) compensates, or provides adequate assurance that the trustee will promptly compensate, a party other than the debtor to such contract or lease, for any actual pecuniary loss to such party resulting from such default; and
>
> (C) provides adequate assurance of future performance under such contract or lease.

11 U.S.C. § 365(b)(1).

6.  As an initial matter, at least two of the "separate" UPS Contracts identified for assumption by the respective Debtors appear to constitute a single contract that is incapable of being assumed on a piecemeal basis. UPS objects to any attempt by the Debtors to bifurcate or "cherry pick" the UPS Contracts by seeking to assume some, but not all, of their obligations under a given UPS Contract.

7.  In addition, based on a review of its books and records, UPS is owed not less than $230,966.43 in the aggregate under the UPS Contracts (comprised of outstanding prepetition invoices, but excluding any postpetition amounts that have been incurred or billed but have not yet come due). Contemporaneously with the filing of this objection, UPS will provide Debtors' counsel with a schedule of the outstanding invoices to facilitate reconciliation of the correct cure amounts associated with the UPS Contracts.

///

///

///

///

1  UPS reserves all rights with respect to the Debtors and other parties, including the right to seek relief from this Court (a) to compel payment of its prepetition claims and assumption or rejection of its contract and (b) to seek allowance and payment of its postpetition administrative expenses. Nothing herein shall be considered a waiver or release of any rights, claims or defenses that UPS or its affiliates may have against anyone, including but not limited to the Debtors.

Dated: September 24, 2020

ADAM A. LEWIS
ERICA J. RICHARDS (*PRO HAC VICE – PENDING*)
MORRISON & FOERSTER LLP

By: /s/ Adam A. Lewis
   ADAM A. LEWIS

Attorneys for Creditor
UNITED PARCEL SERVICE, INC.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105

A true and correct copy of the foregoing document entitled (*specify*): **LIMITED OBJECTION AND RESERVATION OF RIGHTS OF UNITED PARCEL SERVICE TO DEBTORS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED AUGUST 27, 2020** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 24, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/24/2020 | MARGARET MCILHARGIE | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
sf-4343949

**F 9013-3.1.PROOF.SERVICE**

- **Jeremy Faith**  Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **M Douglas Flahaut**  flahaut.douglas@arentfox.com
- **Asa S Hami**  ahami@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com
- **M. Jonathan Hayes**  jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- **Brian D Huben**  hubenb@ballardspahr.com, carolod@ballardspahr.com
- **William W Huckins**  whuckins@allenmatkins.com, clynch@allenmatkins.com
- **Gregory Kent Jones (TR)**  gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com
- **Dare Law**  dare.law@usdoj.gov
- **David W. Meadows**  david@davidwmeadowslaw.com
- **Aram Ordubegian**  ordubegian.aram@arentfox.com
- **Kristen N Pate**  ggpbk@ggp.com
- **Victor A Sahn**  vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com
- **Michael St James**  ecf@stjames-law.com
- **Ronald M Tucker**  rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Eric R Wilson**  kdwbankruptcydepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com
- **Christopher K.S. Wong**  christopher.wong@arentfox.com, yvonne.li@arentfox.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
sf-4343949

**F 9013-3.1.PROOF.SERVICE**