1
2
3
4
5
6

Aram Ordubegian (SBN 185142)
M. Douglas Flahaut (SBN 245558)
Christopher K.S. Wong (SBN 308048)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:    213.629.7400
Facsimile:    213.629.7401
aram.ordubegian@arentfox.com
douglas.flahaut@arentfox.com
christopher.wong@arentfox.com

7
8

General Bankruptcy and Restructuring Counsel
for Debtors and Debtors-In-Possession

9    **UNITED STATES BANKRUPTCY COURT**

10    **CENTRAL DISTRICT OF CALIFORNIA**

11    **LOS ANGELES DIVISION**

12

In re

13

**G-STAR RAW RETAIL INC.**, a Delaware
corporation,

14

        Debtor and Debtor-in-Possession.

15

16

-------------------------------------------------------

17

In re

18

**G-STAR INC.**, a Delaware corporation,

19

        Debtor and Debtor-in-Possession.

20

21

[ ] Affects both Debtors.
[x] Affects G-Star Raw Retail Inc. only
[ ] Affects G-Star Inc. only.

22

23

24

        Debtors and Debtors-in-Possession.

25

26

27

28

Lead Case No.: 2:20-bk-16040-WB

Chapter 11

Jointly Administered with
Case No.: 2:20-bk-16041

**LIMITED OMNIBUS OPPOSITION TO:**

**(1) REQUEST FOR PAYMENT OF
ADMINISTRATIVE CLAIM FILED BY
GEARY-GRANT LLC [Dkt. No. 104];
AND**

**(2) REQUEST FOR PAYMENT OF
ADMINISTRATIVE CLAIM FILED BY
MERCHANTS ROW WEBWARD LLC
[Dkt. No. 110]**

Hearing
Date:      October 8, 2020
Time:      10:00 a.m.
Place:     Courtroom 1375
           255 E. Temple St.,
           Los Angeles, CA 90012

AFDOCS/16643260.1

**TO THE HONORABLE JULIA W. BRAND, UNITED STATES BANKRUTPCY JUDGE; AND INTERESTED PARTIES:**

The above-captioned debtor G-Star Raw Retail Inc. files this limited opposition to (1) *Request for Payment of Administrative Claim Filed by Geary-Grant LLC [Dkt. No. 104]* and (2) *Request for Payment of Administrative Claim Filed By Merchants Row Webward LLC* [Dkt. No. 110] and represents as follows:

**I.**

**LIMITED OPPOSITION TO REQUESTS FOR IMMEDIATE PAYMENT**

The Debtor does not materially dispute the administrative rent claim calculation of Merchants Row Webward LLC and has only a minor quibble with the calculated amount claimed by Geary-Grant as set forth in more detail below.

However, the Debtor files this limited response to oppose entry of any order requiring the Debtor to pay the administrative claims prior to confirmation of a plan. More specifically, Subchapter V specifically provides a mechanism – Section 1191(e) – whereby administrative claims may be paid over time through the plan. Thus, while the Debtors continue to be optimistic that their Joint Plan will be consensually confirmed pursuant to 1191(a),[1] until and unless the Joint Plan is confirmed and goes effective, there is always the possibility that the Debtors may have go back to the drawing board and propose a modified plan that pays administrative rent claims (and other administrative claims) through the plan as permitted by 1191(e). Therefore, ordering that one or two administrative rent creditors be paid immediately while other similarly situated administrative creditors may have to wait to be paid over time through a plan would improperly discriminate and favor the moving creditors. Additionally, such a ruling would likely create a race to the courthouse with the myriad landlord creditors in these cases filing such motions and also seeking immediate payment thereby harming the Debtor's cash flow and jeopardizing the Debtors' reorganization prospects.

Thus, because the two requests for payment of administrative expenses cite to no specific

---

[1] The Debtors' Joint Plan of Reorganization currently proposes to pay administrative claims – including those claims of Geary-Grant and Merchants Row Webward – on the Effective Date. As such, if the Joint Plan is confirmed, the creditors can expect payment to be made quickly.

authority requiring that they be paid immediately in a Subchapter V case and because Section 1191(e) specifically permits the Debtor to pay this type of administrative claim over time through a plan if necessary, the portion of the motions requesting immediate payment of the administrative claims should be denied.

## II.

## LIMITED OPPOSITION TO AMOUNT OF GEARY-GRANT'S ADMINISTRATIVE CLAIM

On or about August 4, 2020 the Debtor completed its move-out and vacated the premises located at 76 Geary Street.  The next day on August 5, 2020 the Debtor mailed the keys to Geary-Grant via UPS [Tracking No. 1Z59Y711013604607].  The UPS tracking information on www.UPS.com shows that the keys mailed on August 5, 2020 were delivered to the landlord and received by "Peifer" on August 11, 2020 at 10:14 p.m.  As such, Geary-Grant's claims of administrative rent should end at least as of August 11, 2020 when the keys were delivered, not August 12, 2020 as the landlord claims.  Thus, the Debtor believes Geary-Grant's allowed administrative claim should be reduced by $1,246.03 (the per diem rate) to $50,120.30.

## III.

## CONCLUSION

Wherefore, for the reasons set forth above, the creditors' requests for immediate payment of their administrative claims should be denied and Geary-Grant should only be allowed an administrative claim in the reduced amount of $50,120.30.

Dated: September 24, 2020                **ARENT FOX LLP**


By: */s/ M. Douglas Flahaut*
Aram Ordubegian
M. Douglas Flahaut
Christopher K.S. Wong
General Bankruptcy and Restructuring Attorneys
for Debtors and Debtors-in-Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Arent Fox LLP, Gas Company Tower, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

A true and correct copy of the foregoing document entitled (*specify*): **LIMITED OMNIBUS OPPOSITION TO: (1) REQUEST FOR PAYMENT OF ADMINISTRATIVE CLAIM FILED BY GEARY-GRANT LLC [Dkt. No. 104]; AND (2) REQUEST FOR PAYMENT OF ADMINISTRATIVE CLAIM FILED BY MERCHANTS ROW WEBWARD LLC [Dkt. No. 110]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **09/24/2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/24/2020 | AYLIN SOOKASSIANS | /s/ Aylin Sookassians |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Jeremy Faith on behalf of Interested Party Courtesy NEF
Jeremy@MarguliesFaithlaw.com,
Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com

M Douglas Flahaut on behalf of Debtor G-Star Inc.
flahaut.douglas@arentfox.com

M Douglas Flahaut on behalf of Debtor G-Star Raw Retail Inc.
flahaut.douglas@arentfox.com

M Douglas Flahaut on behalf of Debtor In Possession G-Star Inc.
flahaut.douglas@arentfox.com

Asa S Hami on behalf of Interested Party Courtesy NEF
ahami@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com

M. Jonathan Hayes on behalf of Interested Party Courtesy NEF
jhayes@rhmfirm.com,
roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Brian D Huben on behalf of Creditor The Macerich Company
hubenb@ballardspahr.com, carolod@ballardspahr.com

Brian D Huben on behalf of Creditor VF Mall LLC
hubenb@ballardspahr.com, carolod@ballardspahr.com

Brian D Huben on behalf of Creditor Westfield Garden State Plaza Limited Partnership
hubenb@ballardspahr.com, carolod@ballardspahr.com

William W Huckins on behalf of Creditor Brookfield Properties Retail, Inc.
whuckins@allenmatkins.com, clynch@allenmatkins.com

William W Huckins on behalf of Creditor Simon Property Group, Inc.
whuckins@allenmatkins.com, clynch@allenmatkins.com

William W Huckins on behalf of Creditor Taubman Company
whuckins@allenmatkins.com, clynch@allenmatkins.com

Gregory Kent Jones (TR)
gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov

Adam A Lewis on behalf of Creditor United Parcel Service, Inc.
alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Jessica Mickelsen Simon on behalf of Creditor The Macerich Company
simonjm@ballardspahr.com, carolod@ballardspahr.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

AFDOCS/22909730.1

F 9013-3.1.PROOF.SERVICE

Jessica Mickelsen Simon on behalf of Creditor Unibail-Rodamco-Westfield
simonjm@ballardspahr.com, carolod@ballardspahr.com

Aram Ordubegian on behalf of Debtor G-Star Raw Retail Inc.
ordubegian.aram@arentfox.com

Kristen N Pate on behalf of Creditor Brookfield Properties Retail, Inc.
ggpbk@ggp.com

Victor A Sahn on behalf of Creditor Christine Hazel Cruz
vsahn@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com

Victor A Sahn on behalf of Interested Party Courtesy NEF
vsahn@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com

Michael St James on behalf of Creditor Geary-Grant LLC
ecf@stjames-law.com

Michael St James on behalf of Creditor Merchants Row Webward LLC
ecf@stjames-law.com

Ronald M Tucker, Esq on behalf of Creditor Simon Property Group, Inc.
rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Eric R Wilson on behalf of Creditor Turnberry Associates
kdwbankruptcydepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com

Christopher K.S. Wong on behalf of Debtor G-Star Inc.
christopher.wong@arentfox.com, yvonne.li@arentfox.com

Christopher K.S. Wong on behalf of Debtor G-Star Raw Retail Inc.
christopher.wong@arentfox.com, yvonne.li@arentfox.com

Christopher K.S. Wong on behalf of Debtor In Possession G-Star Inc.
christopher.wong@arentfox.com, yvonne.li@arentfox.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
AFDOCS/22909730.1

**F 9013-3.1.PROOF.SERVICE**