| | |
|---|---|
| Erica J. Richards (NY Bar No. 4526505)<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York NY 10019-9601<br>Telephone: 212.468.8000<br>Facsimile: 212.468.7900<br>Email:  ERichards@mofo.com | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**SEP 28 2020**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** kaaumoan **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
| ☒ *Attorney for*:  United Parcel Service, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>G-Star Raw Retail, Inc.,<br><br>Debtor(s)<br><br><br>Plaintiff(s)<br>vs.<br><br><br><br>Defendant(s) | CASE NO.: 2:20-bk-16040-WB<br>CHAPTER: 11<br>ADVERSARY NO.:<br><br>**ORDER ON APPLICATION OF**<br>**NON-RESIDENT ATTORNEY TO APPEAR IN**<br>**A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒   The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*):  Erica J. Richards

//

//

//

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016                                                                                                                    F 2090-1.2.ORDER.NONRES.ATTY

U:\My Documents\G-Star-_PHV_Order_-_Erica_Richards.docx

☒ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

### 

Date: September 28, 2020

*Julia W. Brand*
Julia W. Brand
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                                                                                 **F 2090-1.2.ORDER.NONRES.ATTY**

U:\My Documents\G-Star-_PHV_Order_-_Erica_Richards.docx