United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 20-16040-WB |
| G-Star Raw Retail Inc. | Chapter 11 |
| G-Star Inc. | |
|     Debtor(s) | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 29, 2020 | Form ID: pdf042 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | G-Star Raw Retail Inc., 421 North Rodeo Drive, Premises S-13 and AE-3, Beverly Hills, CA 90210-4500 |
| dbpos | + | G-Star Inc., 599 Broadway, Unit A 11th FL, New York, NY 10012-3373 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2020               Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2020 at the address(es) listed below:

**Name**               **Email Address**

Adam A Lewis
    on behalf of Creditor United Parcel Service  Inc. alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com

Aram Ordubegian
    on behalf of Debtor G-Star Raw Retail Inc. ordubegian.aram@arentfox.com

Asa S Hami
    on behalf of Interested Party Courtesy NEF ahami@sulmeyerlaw.com pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com

Brian D Huben
    on behalf of Creditor The Macerich Company hubenb@ballardspahr.com  carolod@ballardspahr.com

Brian D Huben

| | |
|---|---|
| | on behalf of Creditor Westfield Garden State Plaza Limited Partnership hubenb@ballardspahr.com  carolod@ballardspahr.com |
| Brian D Huben | |
| | on behalf of Creditor VF Mall LLC hubenb@ballardspahr.com  carolod@ballardspahr.com |
| Christopher K.S. Wong | |
| | on behalf of Debtor G-Star Inc. christopher.wong@arentfox.com  yvonne.li@arentfox.com |
| Christopher K.S. Wong | |
| | on behalf of Debtor In Possession G-Star Inc. christopher.wong@arentfox.com  yvonne.li@arentfox.com |
| Christopher K.S. Wong | |
| | on behalf of Debtor G-Star Raw Retail Inc. christopher.wong@arentfox.com  yvonne.li@arentfox.com |
| Dare Law | |
| | on behalf of U.S. Trustee United States Trustee (LA) dare.law@usdoj.gov |
| David W. Meadows | |
| | on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com |
| Eric R Wilson | |
| | on behalf of Creditor Turnberry Associates kdwbankruptcydepartment@kelleydrye.com  MVicinanza@ecf.inforuptcy.com |
| Gregory Kent Jones (TR) | |
| | gjones@sycr.com  smjohnson@sycr.com;C191@ecfcbis.com |
| Jeremy Faith | |
| | on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com |
| Jessica Mickelsen Simon | |
| | on behalf of Creditor Unibail-Rodamco-Westfield simonjm@ballardspahr.com  carolod@ballardspahr.com |
| Jessica Mickelsen Simon | |
| | on behalf of Creditor The Macerich Company simonjm@ballardspahr.com  carolod@ballardspahr.com |
| Kristen N Pate | |
| | on behalf of Creditor Brookfield Properties Retail  Inc. ggpbk@ggp.com |
| M Douglas Flahaut | |
| | on behalf of Debtor G-Star Inc. flahaut.douglas@arentfox.com |
| M Douglas Flahaut | |
| | on behalf of Debtor G-Star Raw Retail Inc. flahaut.douglas@arentfox.com |
| M Douglas Flahaut | |
| | on behalf of Debtor In Possession G-Star Inc. flahaut.douglas@arentfox.com |
| M. Jonathan Hayes | |
| | on behalf of Interested Party Courtesy NEF jhayes@rhmfirm.com roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com |
| Michael St James | |
| | on behalf of Creditor Merchants Row Webward LLC ecf@stjames-law.com |
| Michael St James | |
| | on behalf of Creditor Geary-Grant LLC ecf@stjames-law.com |
| Ronald M Tucker, Esq | |
| | on behalf of Creditor Simon Property Group  Inc. rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com |
| United States Trustee (LA) | |
| | ustpregion16.la.ecf@usdoj.gov |
| Victor A Sahn | |
| | on behalf of Interested Party Courtesy NEF vsahn@sulmeyerlaw.com pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com |
| Victor A Sahn | |
| | on behalf of Creditor Christine Hazel Cruz vsahn@sulmeyerlaw.com pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com |
| William W Huckins | |
| | on behalf of Creditor Taubman Company whuckins@allenmatkins.com  clynch@allenmatkins.com |
| William W Huckins | |
| | on behalf of Creditor Simon Property Group  Inc. whuckins@allenmatkins.com, clynch@allenmatkins.com |
| William W Huckins | |

District/off: 0973-2    User: admin    Page 3 of 3
Date Rcvd: Sep 29, 2020    Form ID: pdf042    Total Noticed: 2

on behalf of Creditor Brookfield Properties Retail  Inc. whuckins@allenmatkins.com, clynch@allenmatkins.com

TOTAL: 30

Victor A. Sahn (CA Bar No. 97299)
  vsahn@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for Christine Hazel Cruz

**FILED & ENTERED**

**SEP 28 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY kaaumoan DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:20-16040 |
| G-STAR RAW RETAIL, INC., | Chapter 11 |
| Debtor. | Jointly Administered with |
| In re | Case No. 2:20-16041 |
| G-STAR, INC., | Chapter 11 |
| ☐ Affects all Debtors<br>☒ Affects G-Star Raw Retail, Inc.<br>☐ Affects G-Star, Inc. | **ORDER RE STIPULATION TO CONTINUE HEARING ON CONFIRMATION OF DEBTORS' CHAPTER 11 PLAN OF REORGANIZATION AND RELATED RELIEF**<br><br>Date:     October 8, 2020<br>Time:    10:00 a.m.<br>Place:    255 East Temple Street<br>             Los Angeles, CA 90012<br><br>The Hon. Julia Brand |

PMD 2705348V1 9/28/2020

1 | Based on the *Stipulation To Continue Hearing On Confirmation Of Debtors' Chapter 11 Plan Of Reorganization And Related Relief ("Stipulation")* (docket no.117), and for good cause appearing, it is hereby ordered that: the Stipulation is approved. **The hearing on October 8, 2020 at 10:00 a.m. is converted from a confirmation hearing to a status conference, and the confirmation hearing is continued from October 8, 2020 at 10:00 a.m. to October 29, 2020 at 10:00 a.m.**

IT IS SO ORDERED.

###

Date: September 28, 2020

Julia W. Brand
United States Bankruptcy Judge

PMD 2705348v1 9/28/2020      -2-