| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Victor A. Sahn (CA Bar No. 97299)<br>  vsahn@sulmeyerlaw.com<br>**Sulmeyer**Kupetz<br>A Professional Corporation<br>333 South Grand Avenue, Suite 3400<br>Los Angeles, California 90071<br>Telephone: 213.626.2311<br>Facsimile: 213.629.4520<br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for Christine Hazel Cruz* | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION** ||
| In re<br><br>G-STAR RAW RETAIL, INC.,<br><br><br><br>Debtor(s) | CASE NO.: 2:20-BK-16040-WB<br><br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: STIPULATION BETWEEN CHAPTER 11 DEBTORS AND CHRISTINE HAZEL CRUZ REGARDING "SECOND AMENDED STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER" AND FOR LIMITED RELIEF FROM AUTOMATIC STAY** (*title of motion[1]*): |

PLEASE TAKE NOTE that the order titled **ORDER RE STIPULATION BETWEEN CHAPTER 11 DEBTORS AND CHRISTINE HAZEL CRUZ REGARDING "SECOND AMENDED STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER" AND FOR LIMITED RELIEF FROM AUTOMATIC STAY** was lodged on (*date*) 10/7/20 and is attached.  This order relates to the motion which is dockets number 146.

---

[1]  Please abbreviate if title cannot fit into text field.

PMD 2706411v1 10/6/2020 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 1                              **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT A

Victor A. Sahn (CA Bar No. 97299)
   vsahn@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for Christine Hazel Cruz

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>G-STAR RAW RETAIL, INC.,<br><br>Debtor.<br><br>In re<br><br>G-STAR, INC.,<br><br>☐  Affects all Debtors<br>☒  Affects G-Star Raw Retail, Inc.<br>☐  Affects G-Star, Inc. | Case No.  2:20-16040<br><br>Chapter 11<br><br>Jointly Administered with<br><br>Case No. 2:20-16041<br><br>Chapter 11<br><br>**ORDER RE STIPULATION BETWEEN CHAPTER 11 DEBTORS AND CHRISTINE HAZEL CRUZ REGARDING "SECOND AMENDED STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER" AND FOR LIMITED RELIEF FROM AUTOMATIC STAY**<br><br>Date:     [Hearing Date Not Necessary]<br>Time:<br>Place:    U.S. Bankruptcy Court<br>             Courtroom 1375<br>             255 E. Temple Street.<br>             Los Angeles, CA 90012<br><br>The Hon. Julia Brand |

PMD 2705348V1 10/6/2020

2

Based on the *Stipulation Between Chapter 11 Debtors And Christine Hazel Cruz Regarding "Second Amended Stipulated Confidentiality Agreement And Protective Order" And For Limited Relief From Automatic Stay* (docket no. 146), and for good cause appearing, it is hereby ordered that: the Stipulation is approved.

IT IS SO ORDERED.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Grand Avenue, Ste. 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 7, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Jeremy Faith Jeremy@MarguliesFaithlaw.com,
Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
M Douglas Flahaut flahaut.douglas@arentfox.com
Asa S Hami ahami@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com
M. Jonathan Hayes jhayes@rhmfirm.com,
roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
Brian D Huben hubenb@ballardspahr.com, carolod@ballardspahr.com
William W Huckins whuckins@allenmatkins.com, clynch@allenmatkins.com
Gregory Kent Jones (TR) gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com
Dare Law dare.law@usdoj.gov
Adam A Lewis alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
David W. Meadows david@davidwmeadowslaw.com
Aram Ordubegian ordubegian.aram@arentfox.com
Kristen N Pate ggpbk@ggp.com
Jessica Mickelsen Simon simonjm@ballardspahr.com, carolod@ballardspahr.com
Victor A Sahn vsahn@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com
Michael St James ecf@stjames-law.com
Jolene Tanner jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov
Ronald M Tucker rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Eric R Wilson kdwbankruptcydepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com
Christopher K.S. Wong christopher.wong@arentfox.com, yvonne.li@arentfox.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*)          , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)      , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

PMD 2706411v1 10/6/2020 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/7/20 | Patricia Dillamar | /s/ Patricia Dillamar |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PMD 2706411v1 10/6/2020 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 3     **F 9021-1.2.BK.NOTICE.LODGMENT**