| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Edward M. Fox, Esq.<br>Seyfarth Shaw LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>Telephone:     (212) 218-4646<br>Facsimile:     (917) 344-1339<br>NY 2056141<br>emfox@seyfarth.com<br><br>☒ *Attorney for*:  CAB BEDFORD LLC | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**NOV 13 2020**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** tatum     **DEPUTY CLERK**<br><br>CHANGES MADE BY COURT |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -**<u>Los Angeles</u> **DIVISION**

| In re:<br><br>G-STAR RAW RETAIL, INC.<br><br><br><br>                                                                                                                            Debtor(s)<br><br><br>                                                                                                                           Plaintiff(s)<br>vs.<br><br><br><br>                                                                                                                          Defendant(s) | CASE NO.: 2:20-**bk**-16040-**WB**<br>CHAPTER: 11<br>ADVERSARY NO.:<br><br><br>**ORDER ON APPLICATION OF**<br>**NON-RESIDENT ATTORNEY TO APPEAR IN**<br>**A SPECIFIC CASE [LBR 2090-1(b)]**<br><br><br><br>[No hearing required per LBR 2090-1(b)(6)] |

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒   The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*):  EDWARD M. FOX

//

//

//

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016                                                                                                                           F 2090-1.2.ORDER.NONRES.ATTY

☐ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

###

Date: November 13, 2020

*Julia W. Brand*
Julia W. Brand
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                                                                          **F 2090-1.2.ORDER.NONRES.ATTY**