ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Edward M. Fox, Esq.<br>Seyfarth Shaw LLP<br>620 Eighth Avenue<br>New York NY 10018<br>Telephone: (212) 218-4646<br>Facsimile: (917) 344-1339<br>NY 2056141<br>emfox@seyfarth.com | FILED<br>NOV 12 2020<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:<br><br>PAID<br>NOV 12 2020<br>Clerk, US District Court |
| *Attorney for:* CAB Bedford LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>G-STAR RAW RETAIL, INC<br><br><br><br><br>Debtor(s). | CASE NO.: 2:20-16040 WB<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| <br><br>Plaintiff(s).<br>vs.<br><br><br><br>Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br><br><br><br>[No hearing required per LBR 2090-1(b)(6)] |

BY FAX

1. I, <u>Edward M. Fox</u>_____, apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained *(specify name of party)*:
CAB Bedford LLC

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                              Page 1                              F 2090-1.2.APP.NONRES.ATTY

2. I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016    Page 1    F 2090-1.2.APP.NONRES.ATTY

3. I am a lawyer with the following law firm *(specify name and address of law firm)*:
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018

4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates *(specify name of each such jurisdiction and my date of admission to practice in each such jurisdiction)*:
Massachusetts 1985, New York 1986, USDC/SDNY and USDC/EDNY 1986, U. S. Supreme Court 1990, USCA, Second Circuit 1992, USCA Ninth Circuit, 2001, USCA, Third Circuit, 2002.

5. I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of California. I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
|  | none |  |  |  |

7. I ☐ have ☒ have not been disciplined by any court or administrative body ☐ disciplinary proceedings are pending; details are as follows:

I ☐ resigned ☐ did not resign while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person of the following law firm, who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

Name of attorney (Designee):
Aaron Belzer

Name and address of law firm, or residence address:
Seyfarth Shaw LLP
2029 Century Park East
Suite 3500
Los Angeles, CA 90067-3021

Telephone number of law firm:
T: 310-277-7200
F: 310-201-5219

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 11/12/2020

_____
Signature of applicant

Edward M. Fox
Printed name of applicant

## CONSENT OF DESIGNEE

I consent to the foregoing designation.

Date: 11/12/2020

_____
Signature of Designee

Aaron Belzer
Printed name of Designee

```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA214128
Cashier ID: rscash
Transaction Date: 11/12/2020
Payer Name: NATIONWIDE LEGAL LLC

PRO HAC VICE
 For: EDWARD M FOX
 Case/Party: D-CAC-2-21-AT-002021-001
 Amount:         $500.00

CHECK
 Check/Money Order Num: 5060109
 Amt Tendered: $500.00

Total Due:        $500.00
Total Tendered:   $500.00
Change Amt:       $0.00

ATTORNEY: EDWARD M FOX


SEYFARTH SHAW LLP

620 EIGHTH AVENUE

NEW YORK NY 10018


CASE NO:2:20-bk-16040

ADVERSARY NO: NONE


No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.
```